✎ AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following    X  Patents or    Trademarks:

| DOCKET NO.<br>06cv547 | DATE FILED<br>9/1/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Ronald A. Katz Technology Licensing L.P. | | DEFENDANT<br><br>American International Group Inc.; AIG Retirement Services Inc.; 21st Century Insurance Group; 21st Century Insurance Company; 21st Century Casualty Company; AIG Marketing Inc.; AIG SunAmerica Asset Management Corp.; AIG Annuity Insurance Company; AIG Federal Savings Bank; The United States Life Insurance Company in the City of New York; AIG Life Insurance Company; American General Assurance Company; American General Indemnity Company; American General Life and Accident Insurance Company; American General Life Insurance Company; The Variable Annuity Life Insurance Company; VALIC Financial Advisors, Inc.; VALIC Retirement Services Company; National City Corporation; National City Bank; National City Bank of Indiana; Wilmington Trust Company; Wilmington Brokerage Services Company; Aquila Inc.; DHL Holdings (USA) Inc.;DHL Express (USA) Inc.; Sky Courier Inc.; CIGNA Corporation; CIGNA Health Corporation; CIGNA HealthCare of Delaware Inc.; Tel-Drug Inc.; Tel-Drug of Pennsylvania LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,035,021 | 3/7/00 | Ronald A. Katz |
| 2 | 6,148,065 | 11/14/00 | Ronald A. Katz Technology Licensing L.P. |
| 3 | 5,974,120 | 10/26/99 | Ronald A. Katz Technology Licensing L.P. |
| 4 | 6,349,134 B1 | 2/19/02 | Ronald A. Katz Technology Licensing L.P. |
| 5 | 4,930,150 | 5/29/90 | First Data Resources Inc. |
| | 5,787,156 | 7/28/98 | Ronald A. Katz Technology Licensing L.P. |
| | 6,434,223 B2 | 8/13/02 | Ronald A. Katz Technology Licensing L.P. |
| | 5,251,252 | 10/05/1993 | First Data Resources Inc. |
| | 5,351,285 | 9/27/1994 | First Data Resources Inc. |
| | 6,678,360 B1 | 1/13/04 | Ronald A. Katz Technology Licensing L.P. |
| | 6,512,415 B1 | 1/28/03 | Ronald A. Katz Technology Licensing L.P. |

AO 120 (Rev. 3/04)

| | | |
|---|---|---|
| 5,815,551 | 9/29/1998 | Ronald A. Katz Technology Licensing L.P. |
| 6,424,703 B1 | 7/23/02 | Ronald A. Katz Technology Licensing L.P. |
| 5,828,734 | 10/27/1998 | Ronald A. Katz Technology Licensing L.P. |
| 5,898,762 | 4/27/1999 | Ronald A. Katz Technology Licensing L.P. |
| 5,684,863 | 11/4/1997 | Ronald A. Katz Technology Lic. L.P. |
| 5,917,893 | 6/29/1999 | Ronald A. Katz Technology Licensing L.P. |
| 6,335,965 B1 | 1/1/02 | Ronald A. Katz Technology Licensing L.P. |
| 4,792,968 | 12/20/1988 | FDR Interactive Technologies |
| 5,128,984 | 7/7/1992 | First Data Resources Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | 9/5/06 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**