AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __DELAWARE__

|  |  |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.  )<br>　　　　　　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiff,　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　　　　)<br>SKY COURIER, INC., ET AL.,　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Defendant. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: |

TO: SKY COURIER, INC.,
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

　　　　**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Andre G. Bouchard
John M. Seaman
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
302-573-3500

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

　　　　PETER T. DALLEO　　　　　　　　　　　　　　　　9/1/06
_____　　　　　　_____
CLERK　　　　　　　　　　　　　　　　　　　　　　　　DATE

BY DEPUTY CLERK
534939

{BMF-W0021675.}

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 9/5/06 | |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: SKY COURIER, INC. C/O THE CORPORATION TRUST COMPANY AT 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA (PROCESS AGENT)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/5/06
             Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.