AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### DISTRICT OF DELAWARE

RONALD A. KATZ TECHNOLOGY LICENSING, L.P.   )
)
Plaintiff,   )
)
v.   )   CASE NUMBER:               7
)
VALIC FINANCIAL ADVISORS, INC., ET   )
AL.,   )
)
Defendant.   )

**SUMMONS IN A CIVIL ACTION**

TO: VALIC FINANCIAL ADVISORS, INC.,
c/o Delaware Registered Agent
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Andre G. Bouchard
John M. Seaman
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
302-573-3500

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

BY DEPUTY CLERK
534939

DATE 9/1/06

{BMF-W0021653.}

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 9/5/06 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: VALIC FINANCIAL ADVISORS, INC C/O CORPORATION SERVICE CO. AT 2711 CENTERVILLE RD. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/5/06
           Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.