AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __DELAWARE__

RONALD A. KATZ TECHNOLOGY LICENSING, L.P.  )
)
Plaintiff,  )
)
v.  )
)
21ST CENTURY INSURANCE GROUP, ET AL.,  )
)
Defendant.  )

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   06-547

TO: 21ST CENTURY INSURANCE GROUP,
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Andre G. Bouchard
John M. Seaman
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
302-573-3500

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                9/1/06
_____                _____
CLERK                                            DATE

BY DEPUTY CLERK
534939

{BMF-W0021643.}

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 9/6/06 | |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: 21ST CENTURY INSURANCE GROUP C/O NATIONAL REGISTERED AGENTS AT 160 GREENTREE DR. DOVER, DE COPIES THEREOF WERE ACCEPTED BY DEBBIE SEALUND

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/6/06
            Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.