AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TEL-DRUG OF PENNSYLVANIA, LLC, ET ) <br> AL., ) <br> ) <br> Defendant. | **SUMMONS IN A CIVIL ACTION** <br><br> **CASE NUMBER:**  7 |

TO: TEL-DRUG OF PENNSYLVANIA, LLC,
206 Welsh Road
Horsham, PA 19044
c/o Delaware Secretary of State pursuant to 10 *Del. C.* § 3104

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Andre G. Bouchard
John M. Seaman
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
302-573-3500

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    9/1/06
_____        _____
CLERK                                              DATE

        [signature]
BY DEPUTY CLERK
53/939

{BMF-W0021662.}

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 9/6/06 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: TEL-DRUG OF PENNSYLVANIA, LLC C/O THE DELAWARE SECRETARY OF STATE TOWNSEND BLDG. DOVER, DE COPIES THEREOF WERE ACCEPTED BY JAMIE STONE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/6/06
                Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.