IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>      Plaintiff,<br><br>    v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., *et al.*,<br><br>      Defendants | :<br>:<br>:<br>:<br>:   C.A. No. 06-547-UNA<br>:<br>:<br>:<br>:<br>: |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Sean J. Bellew, Esquire and David A. Felice, Esquire of the firm of Cozen O'Connor as counsel for Defendants, Wilmington Trust Company and Wilmington Brokerage Services Company, in the above-captioned matter. Defendants reserve the right to answer or otherwise respond to the Complaint as provided by applicable court rule.

Dated: September 11, 2006

                                    */s/ David A. Felice*
                                Sean J. Bellew (#4072)
                                David A. Felice (#4090)
                                Cozen O'Connor
                                1201 North Market Street, Suite 1400
                                Wilmington, Delaware 19801
                                Telephone: (302) 295-2000
                                Facsimile: (302) 295-2013
                                  *Attorneys for Defendants*
                                  *Wilmington Trust Company and*
                                  *Wilmington Brokerage Services Company*

## **CERTIFICATE OF SERVICE**

I, David A. Felice, do hereby certify that on September 11, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing to the following counsel of record:

> Andre G. Bouchard, Esquire
> John M. Seaman, Esquire
> Bouchard Margules & Friedlander, P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801

> *David A. Felice*
> David A. Felice (#4090)
> Cozen O'Connor
> 1201 North Market Street, Suite 1400
> Wilmington, DE 19801
> Telephone: (302) 295-2000
> Facsimile: (302) 295-2013
> dfelice@cozen.com

WILMINGTON\36447\1184985.000