IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., *et al.*,<br><br>    Defendants | :<br>:<br>:<br>:<br>:  C.A. No. 06-547-UNA<br>:<br>:<br>:<br>:<br>: |

**DEFENDANTS WILMINGTON TRUST COMPANY'S AND WILMINGTON BROKERAGE SERVICES COMPANY'S <u>DISCLOSURE STATEMENT PURSUANT TO RULE 7.1</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Wilmington Trust Company and Wilmington Brokerage Services Company submit the following disclosures:

1. Wilmington Trust Company has a parent corporation and a publicly held corporation, Wilmington Trust Corporation, that owns more than 10% of its stock.

2. Wilmington Brokerage Services Company has a parent corporation and a publicly held corporation, Wilmington Trust Corporation, that owns more than 10% of its stock.

Dated: September 11, 2006

                                                        /s/ David A. Felice
                                                        Sean J. Bellew (#4072)
                                                        David A. Felice (#4090)
                                                        Cozen O'Connor
                                                        1201 North Market Street, Suite 1400
                                                        Wilmington, Delaware 19801
                                                        Telephone: (302) 295-2000
                                                        Facsimile: (302) 295-2013
                                                        *Attorneys for Defendants*
                                                        *Wilmington Trust Company and*
                                                        *Wilmington Brokerage Services Company*

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on September 11, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing to the following counsel of record:

> Andre G. Bouchard, Esquire
> John M. Seaman, Esquire
> Bouchard Margules & Friedlander, P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE  19801

> /s/ David A. Felice
> David A. Felice (#4090)
> Cozen O'Connor
> 1201 North Market Street, Suite 1400
> Wilmington, DE  19801
> Telephone:  (302) 295-2000
> Facsimile:  (302) 295-2013
> dfelice@cozen.com