IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | : |
| Plaintiff, | : |
| | : C.A. No. 06-547-UNA |
| v. | : |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | : |
| Defendants. | : |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Camille M. Miller, Esquire and Darryl W. Shorter, Esquire to represent defendants, Wilmington Trust Company and Wilmington Brokerage Services Company, in this matter.

Dated: September 11, 2006

*[signature: David A. Felice]*
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
   *Attorneys for Defendants*
   *Wilmington Trust Company and*
   *Wilmington Brokerage Services Company*

WILMINGTON\36437\1184985.000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | : |
| Plaintiff, | : |
| | : C.A. No. 06-547-UNA |
| v. | : |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | : |
| Defendants. | : |

**ORDER**

On this _____ day of _____ 2006, it is hereby ORDERED that Camille M. Miller, Esquire and Darryl W. Shorter, Esquire be admitted *pro hac vice* pursuant to Rule 83.5.

_____
United States District Judge

## CERTIFICATION OF DARRYL W. SHORTER TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Pennsylvania and New Jersey and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: 9-06-2006

Darryl W. Shorter, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-7269
Facsimile: (215) 665-2013

**CERTIFICATE OF SERVICE**

I, David A. Felice, do hereby certify that on September 11, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Andre G. Bouchard, Esquire
>John M. Seaman, Esquire
>222 Delaware Avenue, Suite 1400
>Wilmington, DE  19801

>*David A. Felice*
>David A. Felice (#4090)
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE  19801
>Telephone:  (302) 295-2000
>Facsimile:  (302) 295-2013
>E-mail: dfelice@cozen.com