## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-547 |
| American International Group, Inc.; AIG Retirement Services, Inc.; 21st Century Insurance Group; 21st Century Insurance Company; 21st Century Casualty Company; AIG Marketing, Inc.; AIG SunAmerica Asset Management Corp.; AIG Annuity Insurance Company; AIG Federal Savings Bank; The United States Life Insurance Company in the City of New York; AIG Life Insurance Company; American General Assurance Company; American General Indemnity Company; American General Life and Accident Insurance Company; American General Life Insurance Company; The Variable Annuity Life Insurance Company; VALIC Financial Advisors, Inc.; VALIC Retirement Services Company;  National City Corporation; National City Bank; National City Bank of Indiana; Wilmington Trust Company; Wilmington Brokerage Services Company; Aquila, Inc.; DHL Holdings (USA) Inc.; DHL Express (USA), Inc.; Sky Courier, Inc.; CIGNA Corporation; CIGNA Health Corporation; CIGNA HealthCare of Delaware, Inc.; Tel-Drug, Inc.; Tel-Drug of Pennsylvania, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | DEMAND FOR JURY TRIAL |
| Defendants. | ) ) ) | |

## AFFIDAVIT OF MAILING
## PURSUANT TO D. DEL. LR 4.1(B)

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) SS. | |
| COUNTY OF NEW CASTLE | ) | |

John M. Seaman, being duly sworn, deposes and says:

1.    I am an attorney for the plaintiff in the above-captioned action and am duly authorized to make this affidavit on its behalf and to represent the facts set forth herein.

2.    Pursuant to 10 *Del. C.* § 3104, on September 6, 2006, the Secretary of State of the State of Delaware was served with a true and correct copy of the Complaint with accompanying Summons in this action on behalf of each of the following defendants: National City Bank National City Bank of Indiana; Tel-Drug, Inc.; and Tel-Drug of Pennsylvania, LLC.

3.    On September 7, 2006, I caused a copy of the Complaint with accompanying Summons to be sent by registered mail, return receipt requested, together with a letter stating the information required by 10 *Del. C.* § 3104(d), to each of the defendants at the addresses indicated below:

> National City Bank
> 1900 East Ninth Street
> Cleveland, OH 44114
>
> National City Bank of Indiana
> One Merchants Plaza
> Indianapolis, IN 46204
>
> Tel-Drug, Inc.
> 4901 North Fourth Avenue
> Sioux Falls, SD 57104
>
> Tel-Drug of Pennsylvania, LLC
> 206 Welsh Road
> Horsham, PA 19044

Copies of those letters are attached hereto as Exhibit A.

4.    The Complaint with accompanying Summonses and related papers were received by defendants between September 9 and 13, 2006, as evidenced by the return postal receipts attached hereto as Exhibit B.

John M. Seaman (I.D. No. 3863)

SWORN TO AND SUBSCRIBED before me this 18th day of September, 2006.

Notary Public

**ANNE I. KRAMER**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
**My Commission Expires Dec. 4, 2009**

3

# EXHIBIT A

Case 1:06-cv-00547-GMS   Document 48-2   Filed 09/18/2006   Page 1 of 5

## BOUCHARD MARGULES & FRIEDLANDER

A PROFESSIONAL CORPORATION

SUITE 1400

222 DELAWARE AVENUE

WILMINGTON, DELAWARE 19801

(302) 573-3500

FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOHN M. SEAMAN
DOMINICK T. GATTUSO
JAMES G. MCMILLAN, III
SEAN M. BRENNECKE

September 7, 2006

**BY REGISTERED MAIL,**
**RETURN RECEIPT REQUESTED**

National City Bank
1900 East Ninth Street
Cleveland, OH 44114

      Re:    *Ronald A. Katz Technology Licensing, L.P. v. American*
              *International Group, Inc. et al.*, D. Del., C.A. No. 06-547

Dear National City Bank:

      This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware.

      Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon you, and that under the provisions of 10 *Del. C.* § 3104 such service is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

      Enclosed is a copy of the Summons and Complaint, which explain the basis of the lawsuit against you.

                         Sincerely,

                         John M. Seaman

Enclosures

## BOUCHARD MARGULES & FRIEDLANDER

A PROFESSIONAL CORPORATION

SUITE 1400

222 DELAWARE AVENUE

WILMINGTON, DELAWARE 19801

(302) 573-3500

FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOHN M. SEAMAN
DOMINICK T. GATTUSO
JAMES G. McMILLAN, III
SEAN M. BRENNECKE

September 7, 2006

**BY REGISTERED MAIL,
RETURN RECEIPT REQUESTED**

National City Bank of Indiana
One Merchants Plaza
Indianapolis, IN 46204

      Re:    *Ronald A. Katz Technology Licensing, L.P. v. American*
            *International Group, Inc. et al.*, D. Del., C.A. No. 06-547

Dear National City Bank of Indiana:

      This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware.

      Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon you, and that under the provisions of 10 *Del. C.* § 3104 such service is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

      Enclosed is a copy of the Summons and Complaint, which explain the basis of the lawsuit against you.

                      Sincerely,

                      John M. Seaman

Enclosures

BOUCHARD MARGULES & FRIEDLANDER
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOHN M. SEAMAN
DOMINICK T. GATTUSO
JAMES G. McMILLAN, III
SEAN M. BRENNECKE

September 7, 2006

**BY REGISTERED MAIL,**
**RETURN RECEIPT REQUESTED**

Tel-Drug, Inc.
4901 North Fourth Avenue
Sioux Falls, SD 57104

> Re:   *Ronald A. Katz Technology Licensing, L.P. v. American*
> *International Group, Inc. et al.*, D. Del., C.A. No. 06-547

Dear Tel-Drug, Inc.:

This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware.

Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon you, and that under the provisions of 10 *Del. C.* § 3104 such service is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

Enclosed is a copy of the Summons and Complaint, which explain the basis of the lawsuit against you.

Sincerely,

John M. Seaman

Enclosures

BOUCHARD MARGULES & FRIEDLANDER
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOHN M. SEAMAN
DOMINICK T. GATTUSO
JAMES G. MCMILLAN, III
SEAN M. BRENNECKE

September 7, 2006

**BY REGISTERED MAIL,**
**RETURN RECEIPT REQUESTED**

Tel-Drug of Pennsylvania, LLC
206 Welsh Road
Horsham, PA 19044

> Re:  *Ronald A. Katz Technology Licensing, L.P. v. American*
> *International Group, Inc. et al.,* D. Del., C.A. No. 06-547

Dear Tel-Drug of Pennsylvania, LLC:

This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware.

Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon you, and that under the provisions of 10 *Del. C.* § 3104 such service is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

Enclosed is a copy of the Summons and Complaint, which explain the basis of the lawsuit against you.

Sincerely,

John M. Seaman

Enclosures

# EXHIBIT B

Case 1:06-cv-00547-GMS     Document 48-3     Filed 09/18/2006     Page 1 of 5







**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *Mark Meisinger*    ☐ Agent    ☐ Addressee

B. Received by (*Printed Name*)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

NATIONAL CITY BANK OF INDIANA
ONE MERCHANTS PLAZA
INDIANAPOLIS, IN 46204

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from service label*)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**UNITED STATES POSTAL SERVICE**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JOHN SEAMAN, ESQ
BOUCHARD MARGULES + FRIEDLANDER
222 DELAWARE AVE
SUITE 1440
WILMINGTON, DE 19801



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tel-Drug, Inc
4901 North Fourth Avenue
Sioux Falls, SD 57104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Joyce Walker*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
*Joyce Walker*    9 13 01

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE    SIOUX FALLS SD ... 20 10 0    First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

John Seaman Esq
Bouchard Margules + Friedlander
222 Delaware Ave
Suite 1400
Wilmington, DE 19801



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TEL DRUG OF Pennsylvania
206 welsH RoAD
HorsHAm, PA 19044

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X P. Bru...    ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
P. Brusha                        9/9

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

HORSHAM PA 19...
SEP 09 2006
USPS...

• Sender: Please print your name, address, and ZIP+4 in this box •

JoHN SeamAn, ESQ
BoucHARD mARgules + ...BLAUDER
222 DelAwARe Ave.
SuiTe 1440
wilmington, DE 19801