IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br><br> Defendants. | C.A. No. 06-547 (GMS) |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS each of the defendants signing this stipulation has requested an extension of time to answer, move or otherwise plead in response to the Complaint to allow it the additional time necessary to evaluate more fully the allegations of the Complaint and its response to the allegations;

WHEREAS each of the defendants signing this stipulation agree that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process; and

WHEREAS plaintiff and each of the defendants signing this stipulation agree that each defendant does not waive any other claim or defense which each defendant may assert in this proceeding.

IT IS HEREBY STIPULATED by Plaintiff and defendants CIGNA Corporation; CIGNA Health Corporation; CIGNA HealthCare of Delaware, Inc.; Tel-Drug, Inc.; Tel-Drug of Pennsylvania, LLC; Wilmington Trust Company; and Wilmington Brokerage Services Company; subject to the approval of the Court, that each of these defendants may have until October 26, 2006, to answer, move or otherwise plead in response to the Complaint.

| | |
|---|---|
| BOUCHARD MARGULES & FRIEDLANDER, P.A. | CONNOLLY BOVE LODGE & HUTZ, LLP |
| /s/ John M. Seaman | /s/ Collins J. Seitz, Jr. |
| Andre G. Bouchard (#2504) | Collins J. Seitz, Jr. (# 2237) |
| John M. Seaman (#3868) | The Nemours Building |
| 222 Delaware Ave., Suite 1400 | 1007 North Orange Street |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| 302.573.3500 | 302.658.9141 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants CIGNA* |
| *Ronald A. Katz Technology Licensing, L.P.* | *Corporation, CIGNA Health Corporation, CIGNA HealthCare of Delaware, Inc., Tel-Drug, Inc., and Tel-Drug of Pennsylvania, LLC* |

COZEN O'CONNOR

/s/ David A. Felice
David A. Felice (#4090)
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
302.295.2000

*Attorneys for Defendants Wilmington Trust Company and Wilmington Brokerage Services Company*

Dated: September 21, 2006

SO ORDERED this ___ day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE