IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-547 (GMS) |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS each of the defendants named in this stipulation has requested an extension of time to answer, move or otherwise plead in response to the Complaint to allow it the additional time necessary to evaluate more fully the allegations of the Complaint and its response to the allegations;

WHEREAS each of the defendants named in this stipulation has agreed that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process;

IT IS HEREBY STIPULATED by Plaintiff and defendants 21st Century Insurance Group, 21st Century Insurance Company, 21st Century Casualty Company and Aquila, Inc., subject to the approval of the Court, that each of these defendants may have until October 26, 2006, to answer, move or otherwise plead in response to the Complaint.

- 2 -

                                      BOUCHARD MARGULES & FRIEDLANDER, P.A.

                                      _/s/ John M. Seaman_
                                      Andre G. Bouchard (#2504)
                                      John M. Seaman (#3868)
                                      222 Delaware Ave., Suite 1400
                                      Wilmington, DE 19801
                                      302.573.3500

                                      *Attorneys for Plaintiff*
                                      *Ronald A. Katz Technology Licensing, L.P.*

Dated: September 25, 2006


SO ORDERED this ___ day of September, 2006.


                                      _____
                                      UNITED STATES DISTRICT JUDGE