IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br><br> Defendants. | ) <br> ) <br> )   C.A No. 06-547-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS National City Corporation, National City Bank and National City Bank of Indiana (collectively "National City") have requested an extension of time to answer, move or otherwise plead in response to the Complaint to allow it the additional time necessary to evaluate more fully the allegations of the Complaint and its response to the allegations;

WHEREAS, National City stipulates that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process;

WHEREAS Plaintiff and National City agree that National City does not waive any other claim or defense which it may assert in this proceeding;

IT IS HEREBY STIPULATED by Plaintiff and National City, subject to the approval of the Court, that National City may have until October 26, 2006 to answer, move or otherwise plead in response to the Complaint.

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ John M. Seaman<br>Andre G. Bouchard (#2504)<br>John M. Seaman (#3863)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>abouchard@bmf-law.com<br>jseaman@bmf-law.com<br><br>*Attorneys for Plaintiff*<br>*Ronald A. Katz Technology Licensing, L.P.*<br><br>Dated: September 25, 2006<br><br>OF COUNSEL:<br><br>Robert T. Haslam<br>Andrew C. Byrnes<br>HELLER EHRMAN LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025-3506<br>(650) 324-7000<br><br>Michael K. Plimack<br>Dale A. Rice<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>(415) 772-6000 | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br><br>*Attorneys for Defendants*<br>*National City Corporation*<br>*National City Bank and*<br>*National City Bank of Indiana*<br><br><br><br>OF COUNSEL:<br><br>Kenneth R. Adamo<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201-1515<br>(214) 220-3939<br><br>Samuel J. Najim<br>JONES DAY<br>1420 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, GA 30309-3053<br>(404) 521-3939<br><br>Kevin G. McBride<br>JONES DAY<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300<br>(213) 489-3939 |

SO ORDERED this _____ day of September, 2006.

_____
United States District Judge

752136

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on September 25, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF

| | |
|---|---|
| Andre G. Bouchard, Esq. | David A. Felice, Esq. |
| John M. Seaman, Esq. | Cozen O'Connor |
| 222 Delaware Avenue, Suite 1400 | Chase Manhattan Centre |
| Wilmngton, DE 19801 | 1201 N. Market Street, Suite 1400 |
| abouchard@bmf-law.com | Wilmington, DE 19801 |
| jseaman@bmf-law.com | dfelice@cozen.com |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com