IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) |
| Plaintiff, | ) ) |
| v. | )     C.A. No. 06-547 (GMS) |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS each of the defendants signing this stipulation has requested an extension of time to answer, move or otherwise plead in response to the Complaint to allow it the additional time necessary to evaluate more fully the allegations of the Complaint and its response to the allegations;

WHEREAS each of the defendants signing this stipulation has agreed that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process;

IT IS HEREBY STIPULATED by Plaintiff and defendants American International Group, Inc., AIG Retirement Services, Inc., 21st Century Ins. Group, 21st Century Ins. Co., 21st Century Casualty Co., AIG Marketing, Inc., AIG SunAmerica Asset Management Corp., AIG Annuity Ins. Co., AIG Federal Savings Bank, The United States Life Ins. Co. in the City of New York, AIG Life Ins. Co., American General Assurance Co., American General Indemnity Co., American General Life and Accident Ins. Co., American General Life Ins. Co., The Variable Annuity Life Ins. Co., VALIC Financial Advisors, Inc., and VALIC Retirement

Services Co., subject to the approval of the Court, that each of these defendants may have until

October 26, 2006, to answer, move or otherwise plead in response to the Complaint.

BOUCHARD MARGULES & FRIEDLANDER, P.A.    ASHBY & GEDDES

/s/ John M. Seaman                          /s/ John G. Day
Andre G. Bouchard (#2504)                   Steven J. Balick (#2114)
John M. Seaman (#3868)                      John G. Day (#2403)
222 Delaware Ave., Suite 1400               Tiffany Geyer Lydon (#3950)
Wilmington, DE 19801                        222 Delaware Ave., 17th Floor
302.573.3500                                P.O. Box 1150
                                            Wilmington, DE 19801
*Attorneys for Plaintiff*                   302.654.1888
*Ronald A. Katz Technology Licensing, L.P*

                                            *Attorneys for Defendants American*
                                            *International Group, Inc., AIG Retirement*
                                            *Services, Inc., 21st Century Ins. Group, 21st*
                                            *Century Ins. Co., 21st Century Casualty Co.,*
                                            *AIG Marketing, Inc., AIG SunAmerica Asset*
                                            *Management Corp., AIG Annuity Ins. Co.,*
                                            *AIG Federal Savings Bank, The United States*
                                            *Life Ins. Co. in the City of New York, AIG Life*
                                            *Ins. Co., American General Assurance Co.,*
                                            *American General Indemnity Co., American*
                                            *General Life and Accident Ins. Co., American*
                                            *General Life Ins. Co., The Variable Annuity*
                                            *Life Ins. Co., VALIC Financial Advisors, Inc.,*
                                            *and VALIC Retirement Services Co.*

Dated:  September 25, 2006

SO ORDERED this ___ day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

- 2 -