IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-547 |
| AMERICAN INTERNATIONAL GROUP, INC.; AIG RETIREMENT SERVICES, INC.; 21ST CENTURY INSURANCE GROUP; 21ST CENTURY INSURANCE COMPANY; 21ST CENTURY CASUALTY COMPANY; AIG MARKETING, INC.; AIG SUNAMERICA ASSET MANAGEMENT CORP; AIG ANNUITY INSURANCE COMPANY; AIG FEDERAL SAVINGS BANK; THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK; AIG LIFE INSURANCE COMPANY; AMERICAN GENERAL ASSURANCE COMPANY; AMERICAN GENERAL INDEMNITY COMPANY; AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY; AMERICAN GENERAL LIFE INSURANCE COMPANY; THE VARIABLE ANNUITY LIFE INSURANCE COMPANY; VALIC FINANCIAL ADVISORS, INC.; VALIC RETIREMENT SERVICES COMPANY; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; NATIONAL CITY BANK OF INDIANA; WILMINGTON TRUST COMPANY; WILMINGTON BROKERAGE SERVICES COMPANY; AQUILA, INC.; DHL HOLDINGS (USA) INC.; DHL EXPRESS (USA), INC.; SKY COURIER, INC.; CIGNA CORPORATION; CIGNA HEALTH CORPORATION, CIGNA HEALTHCARE OF DELAWARE, INC.; TEL-DRUG, INC.; TEL-DRUG OF PENNSYLVANIA, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **DEMAND FOR JURY TRIAL** |
| Defendants. | ) ) | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Danielle Gibbs and Karen E. Keller of the law firm Young Conaway Stargatt & Taylor, LLP and Curtis E. Woods and Juliet A. Cox of the law firm Sonnenschein Nath & Rosenthal LLP, hereby enter their appearance on behalf of Defendant, Aquila, Inc.

| Of Counsel:<br><br>Curtis E. Woods<br>Juliet A. Cox<br>Sonnenschein Nath & Rosenthal LLP<br>4520 Main Street<br>Suite 1100<br>Kansas City, MO 64111-7700<br>(816) 460-2400 | /s/ Karen E. Keller<br>Danielle Gibbs (#3698)<br>Karen E. Keller (#4489)<br>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>dgibbs@ycst.com<br><br>Attorneys for Defendant Aquila, Inc. |
|---|---|

DATED: September 26, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on September 26, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**John M. Seaman**
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

**Philip A. Rovner**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

**David A. Felice**
Cozen O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801

**Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

I further certify that September 26, 2006, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen E. Keller*

Danielle Gibbs (#3698)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com
*Attorneys for Aquila Inc.*