IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-547 |
| AMERICAN INTERNATIONAL GROUP, INC.; AIG RETIREMENT SERVICES, INC.; 21ST CENTURY INSURANCE GROUP; 21ST CENTURY INSURANCE COMPANY; 21ST CENTURY CASUALTY COMPANY; AIG MARKETING, INC.; AIG SUNAMERICA ASSET MANAGEMENT CORP; AIG ANNUITY INSURANCE COMPANY; AIG FEDERAL SAVINGS BANK; THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK; AIG LIFE INSURANCE COMPANY; AMERICAN GENERAL ASSURANCE COMPANY; AMERICAN GENERAL INDEMNITY COMPANY; AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY; AMERICAN GENERAL LIFE INSURANCE COMPANY; THE VARIABLE ANNUITY LIFE INSURANCE COMPANY; VALIC FINANCIAL ADVISORS, INC.; VALIC RETIREMENT SERVICES COMPANY; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; NATIONAL CITY BANK OF INDIANA; WILMINGTON TRUST COMPANY; WILMINGTON BROKERAGE SERVICES COMPANY; AQUILA, INC.; DHL HOLDINGS (USA) INC.; DHL EXPRESS (USA), INC.; SKY COURIER, INC.; CIGNA CORPORATION; CIGNA HEALTH CORPORATION, CIGNA HEALTHCARE OF DELAWARE, INC.; TEL-DRUG, INC.; TEL-DRUG OF PENNSYLVANIA, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **DEMAND FOR JURY TRIAL** |
| Defendants. | ) ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Curtis E. Woods, Esquire, to represent Defendant, Aquila, Inc. in this matter. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Danielle Gibbs_
Danielle Gibbs (# 3698)
Karen E. Keller (# 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
dgibbs@ycst.com
Attorneys for Defendant, Aquila, Inc

Dated: October 10, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Curtis E. Woods, Esquire, is granted.

Date: _____, 2006

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Missouri and the U.S. District Court for the Western District of Missouri and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

_/s/ Curtis E. Woods_
Curtis E. Woods
Sonnenschein Nath & Rosenthal LLP
4520 Main, Suite 1100
Kansas City, Missouri 64111
816-460-2400

## **CERTIFICATE OF SERVICE**

I, Danielle Gibbs, Esquire, hereby certify that on October 10, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**John M. Seaman**
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

**Philip A. Rovner**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

**David A. Felice**
Cozen O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801

**Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

I further certify that October 10, 2006, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Danielle Gibbs
Danielle Gibbs (#3698)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
dgibbs@ycst.com
*Attorneys for Aquila Inc.*