IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WILMINGTON DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>    Plaintiff,<br><br>  v.<br><br>American International Group, Inc.; AIG Retirement Services, Inc.; 21st Century Insurance Group; 21st Century Insurance Company; 21st Century Casualty Company; AIG Marketing, Inc.; AIG SunAmerica Asset Management Corp.; AIG Annuity Insurance Company; AIG Federal Savings Bank; The United States Life Insurance Company in the City of New York; AIG Life Insurance Company; American General Assurance Company; American General Indemnity Company; American General Life and Accident Insurance Company; American General Life Insurance Company; The Variable Annuity Life Insurance Company; VALIC Financial Advisors, Inc.; VALIC Retirement Services Company; National City Corporation; National City Bank; National City Bank of Indiana; Wilmington Trust Company; Wilmington Brokerage Services Company; Aquila, Inc.; DHL Holdings (USA) Inc.; DHL Express (USA), Inc.; Sky Courier, Inc.; CIGNA Corporation; CIGNA Health Corporation; CIGNA HealthCare of Delaware, Inc.; Tel-Drug, Inc.; Tel-Drug of Pennsylvania, LLC,<br><br>    Defendants. | CASE NO. 1:06-CV-00547-UNA |

NOTICE OF FILING MOTION FOR TRANSFER AND CONSOLIDATION OF KATZ TECHNOLOGY
LICENSING PATENT LITIGATION PURSUANT TO 28 U.S.C. § 1407
sd-336908

**NOTICE OF FILING MOTION FOR TRANSFER AND CONSOLIDATION
OF KATZ TECHNOLOGY LICENSING PATENT LITIGATION
PURSUANT TO 28 U.S.C. § 1407**

HAROLD J. McELHINNY
RACHEL KREVANS
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Non-Parties
TARGET CORPORATION;
TARGET BANK; and
TARGET NATIONAL BANK

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

PLEASE TAKE NOTICE that pursuant to J.P.M.L. Rule 5.2(b), on October 6, 2006, Target Corporation, Target Bank, and Target National Bank filed their Motion for Transfer and Consolidation of Katz Technology Licensing Patent Litigation Pursuant to 28 U.S.C. § 1407 with the Judicial Panel on Multidistrict Litigation in Washington, D.C. Enclosed with this notice are copies of the motion for transfer and consolidation and all documents in support thereof.

Dated: October 6, 2006

By: *Harold McElhinny*
Harold J. McElhinny
Rachel Krevans
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Non-Parties
TARGET CORPORATION; TARGET
BANK; and TARGET NATIONAL BANK