IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-547-GMS |
| v. | ) ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al. | ) ) ) ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned as counsel to defendants American International Group, Inc., AIG Retirement Services, Inc., 21st Century Insurance Group, 21st Century Insurance Company, 21st Century Casualty Company, AIG Marketing, Inc., AIG SunAmerica Asset Management Corp., AIG Annuity Insurance Company, AIG Federal Savings Bank, The United States Life Insurance Company in the City of New York, AIG Life Insurance Company, American General Assurance Company, American General Indemnity Company, American General Life and Accident Insurance Company, American General Life Insurance Company, The Variable Annuity Life Insurance Company, VALIC Financial Advisors, Inc., and VALIC Retirement Services Company in the above action.

ASHBY & GEDDES

/s/ *John G. Day*

---
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants American International Group, Inc., AIG Retirement Services, Inc., 21st Century Insurance Group, 21st Century Insurance Company, 21st Century Casualty Company, AIG Marketing, Inc., AIG SunAmerica Asset Management Corp., AIG Annuity Insurance Company, AIG Federal Savings Bank, The United States Life Insurance Company in the City of New York, AIG Life Insurance Company, American General Assurance Company, American General Indemnity Company, American General Life and Accident Insurance Company, American General Life Insurance Company, The Variable Annuity Life Insurance Company, VALIC Financial Advisors, Inc., and VALIC Retirement Services Company*

*Of Counsel:*

John W. Kozak
Steven P. Petersen
Leydig Voit & Mayer
Two Prudential Plaza
180 North Stetson Avenue, Suite 4900
Chicago, IL 60601-6780
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

Dated: October 20, 2006
174373.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2006, the attached **ENTRY OF APPEARANCE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Andre G. Bouchard, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | HAND DELIVERY |
| Robert T. Haslam, Esquire<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025-3506 | VIA FEDERAL EXPRESS |
| Michael K. Plimack<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104-6000 | VIA FEDERAL EXPRESS |
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899 | HAND DELIVERY |
| Kenneth R. Adamo, Esquire<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201-1515 | VIA FEDERAL EXPRESS |
| Samuel J. Najim, Esquire<br>Jones Day<br>1420 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, GA 30309-3053 | VIA FEDERAL EXPRESS |
| Kevin G. McBride, Esquire<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300 | VIA FEDERAL EXPRESS |

| | |
|---|---|
| Sean J. Bellew, Esquire<br>Cozen O'Connor<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801 | HAND DELIVERY |
| Camille M. Miller, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | VIA FEDERAL EXPRESS |
| Karen E. Keller, Esquiree<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Curtis E. Woods, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>4520 Main Street<br>Suite 1100<br>Kansas City, MO 64111-7700 | VIA FEDERAL EXPRESS |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899 | HAND DELIVERY |
| Daniel J. Thomasch, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103 | VIA FEDERAL EXPRESS |
| Collins J. Seitz, Jr., Esquire<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899 | HAND DELIVERY |

/s/ *John G. Day*

John G. Day