IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 06-547 (GMS) |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS the defendants signing this stipulation have recently engaged new outside counsel to represent them;

WHEREAS the undersigned defendants have agreed to file an answer to the Complaint and have requested an additional week to do so; and

WHEREAS each of the defendants signing this stipulation has agreed that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process;

IT IS HEREBY STIPULATED by Plaintiff and defendants American International Group, Inc., AIG Retirement Services, Inc., 21st Century Ins. Group, 21st Century Ins. Co., 21st Century Casualty Co., AIG Marketing, Inc., AIG SunAmerica Asset Management Corp., AIG Annuity Ins. Co., AIG Federal Savings Bank, The United States Life Ins. Co. in the City of New York, AIG Life Ins. Co., American General Assurance Co., American General Indemnity Co., American General Life and Accident Ins. Co., American General Life Ins. Co., The Variable Annuity Life Ins. Co., VALIC Financial Advisors, Inc., and VALIC Retirement Services Co.,

subject to the approval of the Court, that each of these defendants may have until November 2, 2006, to file an answer to the Complaint.

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | ASHBY & GEDDES |
|---|---|
| /s/ *John M. Seaman* <br> Andre G. Bouchard (#2504) <br> John M. Seaman (#3868) <br> 222 Delaware Ave., Suite 1400 <br> Wilmington, DE 19801 <br> 302.573.3500 <br><br> *Attorneys for Plaintiff* <br> *Ronald A. Katz Technology Licensing, L.P* | /s/ *Steven J. Balick* <br> Steven J. Balick (#2114) <br> John G. Day (#2403) <br> Tiffany Geyer Lydon (#3950) <br> 222 Delaware Ave., 17th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19801 <br> 302.654.1888 <br><br> *Attorneys for Defendants American International Group, Inc., AIG Retirement Services, Inc., 21st Century Ins. Group, 21st Century Ins. Co., 21st Century Casualty Co., AIG Marketing, Inc., AIG SunAmerica Asset Management Corp., AIG Annuity Ins. Co., AIG Federal Savings Bank, The United States Life Ins. Co. in the City of New York, AIG Life Ins. Co., American General Assurance Co., American General Indemnity Co., American General Life and Accident Ins. Co., American General Life Ins. Co., The Variable Annuity Life Ins. Co., VALIC Financial Advisors, Inc., and VALIC Retirement Services Co.* |

Dated: October 25, 2006

SO ORDERED this ___ day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2006, I electronically filed the foregoing **Stipulation and Order to Extend Time** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
provner@potteranderson.com

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Danielle Gibbs
Karen E. Keller
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
dgibbs@ycst.com
kkeller@ycst.com

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com

Sean Bellew
David A. Felice
Cozen O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801
dfelice@cozen.com

Juliet A. Cox
Curtis E. Woods
Sonnenschein Nath & Rosenthal LLP
4520 Main, Suite 1100
Kansas City, MO 64111
jcox@sonnenschein.com
cwoods@sonnenschein.com

I further certify that I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and that a copy was served on the following non-registered participants by e-mail and U.S. Mail.

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
cseitz@cblh.com

Camille Miller
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
cmiller@cozen.com

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ John M. Seaman
Andre G. Bouchard (# 2504)
John M. Seaman (# 3868)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel: (302) 573-3508
Fax: (302) 573-3501
E-mail: abouchard@bmf-law.com
E-mail: jseaman@bmf-law.com

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*