IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) |
| Plaintiff, | ) C.A. No. 06-547-GMS ) ) |
| v. | ) ) |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | ) ) ) |
| Defendants. | ) ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Kenneth R. Adamo, Esq., Jones Day, 2727 N. Harwood Street, Dallas, Texas 75201, Samuel J. Najim, Esq., Jones Day, 1420 Peachtree Street, NE, Atlanta, GA 30309 and Kevin G. McBride, Esq., Jones Day, 555 South Flower Street, Los Angeles, CA 90071 to represent defendants National City Corporation, National City Bank and National City Bank of Indiana in this matter.

                                                    POTTER ANDERSON & CORROON LLP

                                                    By: /s/ Philip A. Rovner
                                                             Philip A. Rovner (#3215)
                                                             Hercules Plaza
                                                             P.O. Box 951
                                                             Wilmington, DE 19899
                                                             (302) 984-6000
                                                             provner@potteranderson.com

Dated: October 26, 2006

*Attorneys for Defendants*
*National City Corporation*
*National City Bank and*
*National City Bank of Indiana*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____        _____
                                      United States District Judge

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

■ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 10/12/06

Kenneth R. Adamo
Jones Day
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: (214) 220-3939
kradamo@jonesday.com

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

■ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 10/18/06

Samuel J. Najim
Jones Day
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309-3053
(404) 521-3939
snajim@jonesday.com

ATI-2245527v1

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 10/18/06

Kevin G. McBride
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071-2300
Telephone: (213) 489-3939
kgmcbride@jonesday.com

ATI-2245529v1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on October 26, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF

Andre G. Bouchard, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
abouchard@bmf-law.com
jseaman@bmf-law.com

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com

David A. Felice, Esq.
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
dfelice@cozen.com

Danielle Gibbs, Esq.
Karen E. Keller, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
dgibbs@ycst.com
kkeller@ycst.com

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

-2-