IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-547-GMS |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS NATIONAL CITY CORPORATION, NATIONAL CITY BANK, AND NATIONAL CITY BANK OF INDIANA

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant National City Corporation, a nongovernmental corporation organized and existing under the laws of the State of Delaware, hereby discloses that it has no parent corporation and that no publicly held corporation owns ten percent or more of its stock. Defendant National City Bank hereby discloses that it is a wholly owned subsidiary of National City Corporation and that no other corporation owns ten percent or more of National City Bank's stock. Defendants state that National City Bank of Indiana has been merged into National City Bank and is no longer a separate entity.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
| Kenneth R. Adamo<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201-1515<br>(214) 220-3939 | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com |
| Samuel J. Najim<br>JONES DAY<br>1420 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, GA 30309-3053<br>(404) 521-3939 | *Attorneys for Defendants*<br>*National City Corporation*<br>*National City Bank and*<br>*National City Bank of Indiana* |

Kevin G. McBride
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
(213) 489-3939

Dated: October 26, 2006

758004

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

      I, Philip A. Rovner, hereby certify that on October 26, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM-ECF, E-MAIL AND HAND DELIVERY**

Andre G. Bouchard, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
abouchard@bmf-law.com
jseaman@bmf-law.com

**BY CM-ECF AND E-MAIL**

David A. Felice, Esq.
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
deflice@cozen.com

**BY CM-ECF AND E-MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com

**BY CM-ECF AND E-MAIL**

Danielle Gibbs, Esq.
Karen E. Keller, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
dgibbs@ycst.com
kkeller@ycst.com

**BY CM-ECF AND E-MAIL**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**BY CM-ECF AND E-MAIL**

Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
cseitz@cblh.com

    /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

-2-