IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-547-GMS |
| AMERICAN INTERNATIONAL GROUP, INC.; AIG RETIREMENT SERVICES, INC.; 21ST CENTURY INSURANCE GROUP; 21ST CENTURY INSURANCE COMPANY; 21ST CENTURY CASUALTY COMPANY; AIG MARKETING, INC.; AIG SUNAMERICA ASSET MANAGEMENT CORP; AIG ANNUITY INSURANCE COMPANY; AIG FEDERAL SAVINGS BANK; THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK; AIG LIFE INSURANCE COMPANY; AMERICAN GENERAL ASSURANCE COMPANY; AMERICAN GENERAL INDEMNITY COMPANY; AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY; AMERICAN GENERAL LIFE INSURANCE COMPANY; THE VARIABLE ANNUITY LIFE INSURANCE COMPANY; VALIC FINANCIAL ADVISORS, INC.; VALIC RETIREMENT SERVICES COMPANY; NATIONAL CITY CORPORATION; NATIONAL CITY BANK; NATIONAL CITY BANK OF INDIANA; WILMINGTON TRUST COMPANY; WILMINGTON BROKERAGE SERVICES COMPANY; AQUILA, INC.; DHL HOLDINGS (USA) INC.; DHL EXPRESS (USA), INC.; SKY COURIER, INC.; CIGNA CORPORATION; CIGNA HEALTH CORPORATION, CIGNA HEALTHCARE OF DELAWARE, INC.; TEL-DRUG, INC.; TEL-DRUG OF PENNSYLVANIA, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT AQUILA, INC.'S RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Aquila, Inc. in the above-captioned action certifies that Aquila, Inc. has no parent corporations and that no publicly held company owns 10% or more of the shares of Aquila, Inc.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
Danielle Gibbs (No. 3698)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com

Attorneys for Defendant Aquila, Inc.

OF COUNSEL:

Juliet A. Cox
Sonnenschein Nath & Rosenthal LLP
4520 Main Street
Suite 1100
Kansas City, MO  64111-7700
Telephone:  (816) 460-2400


Dated:  October 27, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on October 27, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**John M. Seaman, Esquire**
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

**Philip A. Rovner, Esquire**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

**David A. Felice, Esquire**
Cozen O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801

**Richard L. Horwitz, Esquire**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

**John G. Day, Esquire**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**Collins J. Seitz, Jr. Esquire**
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by e-mail on

October 27, 2006 and by hand delivery on October 28, 2006 on the above-listed counsel of

record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
Danielle Gibbs  (#3698)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com
*Attorneys for Defendant Aquila Inc.*