IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-547 (GMS) |
| American International Group, Inc.; AIG Retirement Services, Inc.; 21st Century Insurance Group; 21st Century Insurance Company; 21st Century Casualty Company; AIG Marketing, Inc.; AIG SunAmerica Asset Management Corp.; AIG Annuity Insurance Company; AIG Federal Savings Bank; The United States Life Insurance Company in the City of New York; AIG Life Insurance Company; American General Assurance Company; American General Indemnity Company; American General Life and Accident Insurance Company; American General Life Insurance Company; The Variable Annuity Life Insurance Company; VALIC Financial Advisors, Inc.; VALIC Retirement Services Company; National City Corporation; National City Bank; National City Bank of Indiana; Wilmington Trust Company; Wilmington Brokerage Services Company; Aquila, Inc.; DHL Holdings (USA) Inc.; DHL Express (USA), Inc.; Sky Courier, Inc.; CIGNA Corporation; CIGNA Health Corporation; CIGNA HealthCare of Delaware, Inc.; Tel-Drug, Inc.; Tel-Drug of Pennsylvania, L.L.C., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Jury Demanded |
| Defendants. | ) | |

**RULE 7.1(a) DISCLOSURE STATEMENT OF DEFENDANTS,
CIGNA CORPORATION, CIGNA HEALTH CORPORATION,
CIGNA HEALTHCARE OF DELAWARE, INC. TEL-DRUG, INC.,
AND TEL-DRUG OF PENNSYLVANIA, L.L.C.**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel

for defendants, CIGNA Corporation, CIGNA Health Corporation, CIGNA HealthCare of

Delaware, Inc., Tel-Drug, Inc., and Tel-Drug of Pennsylvania, L.L.C., in the above-captioned action certifies as follows:

1)      Defendant CIGNA Corporation has no parent corporations, and that no publicly held company owns 10% or more of the shares of CIGNA Corporation.

2)      That the parent corporations of defendant, CIGNA Health Corporation, are Connecticut General Corporation, CIGNA Holdings, Inc., and CIGNA Corporation, and that no publicly held company owns 10% or more of the shares of CIGNA Health Corporation.

3)      That the parent corporations of defendant, CIGNA HealthCare of Delaware, Inc., are Connecticut General Corporation, CIGNA Holdings, Inc., CIGNA Health Corporation, Healthsource, Inc., and CIGNA Corporation, and that no publicly held company owns 10% or more of the shares of CIGNA HealthCare of Delaware, Inc.

4)      That the parent corporations of defendant, Tel-Drug, Inc., are Connecticut General Corporation, CIGNA Holdings, Inc., and CIGNA Corporation, and that no publicly held company owns 10% or more of the shares of Tel-Drug, Inc.

5)      That the parent corporations of defendant, Tel-Drug of Pennsylvania, L.L.C., are Connecticut General Corporation, Connecticut General Life Insurance Company, CIGNA Holdings, Inc., and CIGNA Corporation, and that no publicly held company owns 10% or more of the shares of Tel-Drug of Pennsylvania, L.L.C.

CONNOLLY BOVE LODGE & HUTZ, LLP

By: _____
Collins J. Seitz, Jr. (#2237)
The Nemours Building
P.O. Box 2207
1007 North Orange Street
Wilmington, DE 19899
302.658.9141

*Attorneys for defendants and counter-claim
plaintiffs CIGNA Corporation; CIGNA Health
Corporation; CIGNA HealthCare of Delaware,
Inc.; Tel-Drug, Inc.; Tel-Drug of Pennsylvania,
L.L.C.*

OF COUNSEL:

Raphael V. Lupo
Joel M. Freed
Brian E. Ferguson
John R. Fuisz
Kori Anne Bagrowski
Sudip K. Kundu
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W., 12th Floor
Washington, DC 20005-3096
202.756.8000
202.756.8087

DATED: October 30, 2006

(496647)

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006, I caused to be electronically filed a true and correct copy of the Rule 7.1(A) Disclosure Statement of Defendants, Cigna Corporation, Cigna Health Corporation, Cigna Healthcare of Delaware, Inc. Tel-Drug, Inc., and Tel-Drug of Pennsylvania, L.L.C., with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Andre G. Bouchard, Esquire
John M. Seaman, Esquire
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Richard L. Horwitz, Esquire
Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Karen Elizabeth Keller, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

David A. Felice, Esquire
Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

_____
Collins J. Seitz, Jr. (Bar No. 2237)

496061-1