IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> American International Group, Inc.; AIG Retirement Services, Inc.; 21st Century Insurance Group; 21st Century Insurance Company; 21st Century Casualty Company; AIG Marketing, Inc.; AIG SunAmerica Asset Management Corp.; AIG Annuity Insurance Company; AIG Federal Savings Bank; The United States Life Insurance Company in the City of New York; AIG Life Insurance Company; American General Assurance Company; American General Indemnity Company; American General Life and Accident Insurance Company; American General Life Insurance Company; The Variable Annuity Life Insurance Company; VALIC Financial Advisors, Inc.; VALIC Retirement Services Company; National City Corporation; National City Bank; National City Bank of Indiana; Wilmington Trust Company; Wilmington Brokerage Services Company; Aquila, Inc.; DHL Holdings (USA) Inc.; DHL Express (USA), Inc.; Sky Courier, Inc.; CIGNA Corporation; CIGNA Health Corporation; CIGNA HealthCare of Delaware, Inc.; Tel-Drug, Inc.; Tel-Drug of Pennsylvania, L.L.C., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-547 (GMS) <br><br> Jury Demanded |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of **Raphael V. Lupo, Joel M. Freed, Brian E. Ferguson, Kori Anne Bagrowski and Sudip K. Kundu,** of the law firm of McDermott Will & Emery LLP to represent CIGNA Corporation, CIGNA Health Corporation,

CIGNA HealthCare of Delaware, Inc., Tel-Drug, Inc., and Tel-Drug of Pennsylvania, L.L.C.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Collins J. Seitz
_____
Collins J. Seitz, Jr. (#2237)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
302-658-9141

*Attorney for Defendants*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                               Gregory M. Sleet, United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2006, I caused to be electronically filed a true and correct copy of the Motion and Order for Admission Pro Hac Vice of Raphael V. Lupo, Joel M. Freed, Brian E. Ferguson, Kori Anne Bagrowski and Sudip K. Kundo with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Andre G. Bouchard, Esquire
John M. Seaman, Esquire
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Richard L. Horwitz, Esquire
Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Karen Elizabeth Keller, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

David A. Felice, Esquire
Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

/s/ Collins J. Seitz
_____
Collins J. Seitz, Jr. (Bar No. 2237)

496061-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member in the state of Virginia and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standard Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: November 2, 2006

Raphael V. Lupo, Esquire
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005
Telephone: 202-756-8000
Facsimile: 202-756-8087
rlupo@mwe.com

*Attorney for Defendants*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member in the state of Virginia and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standard Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: __11/3/2006__, 2006

*[signature]*
Joel M. Freed, Esquire
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005
Telephone: 202-756-8000
Facsimile: 202-756-8087
jfreed@mwe.com

*Attorney for Defendants*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member in the state of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standard Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: _November 1_, 2006

Brian E. Ferguson, Esquire
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005
Telephone: 202-756-8000
Facsimile: 202-756-8087
bferguson@mwe.com

*Attorney for Defendants*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member in the state of Virginia and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standard Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: November 3, 2006

Kori Anne Bagrowski, Esquire
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005
Telephone: 202-756-8000
Facsimile: 202-756-8087
kbagrowski@mwe.com

*Attorney for Defendants*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member in the state of Missouri, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standard Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: November 2, 2006

_____
Sudip K. Kundu, Esquire
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005
Telephone: 202-756-8000
Facsimile: 202-756-8087
skundu@mwe.com

*Attorney for Defendants*