## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RONALD A. KATZ TECHNOLOGY            )
LICENSING, L.P.,                     )
                                     )
            Plaintiff,               )
                                     )
      v.                             )        C. A. No. 06-547 (GMS)
                                     )
AMERICAN INTERNATIONAL GROUP,        )
INC. *et al* ,                       )
                                     )
            Defendants.              )

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of  Daniel J. Thomasch and Alex V. Chachkes of Orrick, Herrington & Sutcliffe

LLP, 666 Fifth Avenue, New York, New York 10103 to represent Defendants DHL Holdings

(USA), Inc., DHL Express (USA), Inc., and Sky Courier, Inc in this matter.

POTTER ANDERSON & CORROON LLP

By:  */s/ Richard L Horwitz*
        Richard L. Horwitz (#2246)
        David E. Moore (#3983)
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, Delaware   19899-0951
        Tel:  (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

Dated:  November 6, 2006
760409/ 30750

*Attorneys for Defendants DHL Holdings*
*(USA), Inc., DHL Express (USA), Inc., and*
*Sky Courier, Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 6, 2006       Signed: */s/ Daniel J. Thomasch*
                                        Daniel J. Thomasch
                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                                        666 Fifth Avenue
                                        New York, New York 10103
                                        Tel: (212) 506-5000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York, California, and Connecticut, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 6, 2006          Signed: */s/ Alex V. Chachkes*_____
                                                    Alex V. Chachkes
                                                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                    666 Fifth Avenue
                                                    New York, New York 10103
                                                    Tel: (212) 506-5000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on November 6, 2006, the attached document

was hand delivered and electronically mailed to the following persons and was electronically

filed with the Clerk of the Court using CM/ECF which will send notification to the registered

attorney(s) of record that the document has been filed and is available for viewing and

downloading:

Andre G. Bouchard
John M. Seaman
Bouchard Margules & Freidlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 109801
abouchard@bmf-law.com
jseaman@bmf-law.com

I hereby certify that on November 6, 2006, I have sent by Electronically Mailed the

foregoing document to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Danielle Gibbs, Esq.
Karen E. Keller, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
kkeller@ycst.com
dgibbs@ycst.com

Collins J. Seitz, Jr., Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
cseitz@cblh.com

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
provner@potteranderson.com

David A. Felice, Esq.
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
deflice@cozen.com

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

752371

2