IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN INTERNATIONAL GROUP, INC., et al., )<br>)<br>Defendants. ) | C.A. No. 06-547-GMS |

## NOTICE OF FILING

PLEASE TAKE NOTICE that the documents attached as Exhibit A were filed before the Judicial Panel on Multidistrict Litigation on November 6, 2006. The attached documents are relevant to the following civil actions pending in the District of Delaware before Judge Sleet: 1:06-cv-543; 1:06-cv-544; 1:06-cv-545; 1:06-cv-546; 1:06-cv-547.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Karen E. Keller*

Danielle Gibbs (No. 3698)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com

Attorneys for Defendant Aquila, Inc.

DB02:5581212.1                                                                065686.1001

OF COUNSEL:

Juliet A. Cox
Sonnenschein Nath & Rosenthal LLP
4520 Main Street
Suite 1100
Kansas City, MO  64111-7700
(816) 460-2400


Dated:  November 7, 2006

# EXHIBIT A

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KATZ INTERACTIVE CALL PROCESSING ) | MDL - 1816 |
| PATENT LITIGATION ) | |
| ) | |
| _____) | |

AQUILA, INC.'S RESPONSE TO MOTION FOR
TRANSFER AND CONSOLIDATION OF KATZ TECHNOLOGY
LICENSING PATENT LITIGATION PURSUANT TO 28 U.S.C. § 1407

JULIET A. COX
SONNENSCHEIN NATH & ROSENTHAL LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2400
Facsimile: (816) 531-7545

Attorney for Defendant
AQUILA, INC.

Aquila, Inc. ("Aquila"), a named defendant in Civil Action 06-547 before the United States District Court for the District of Delaware, hereby opposes the Motion for Transfer and Consolidation of Katz Technology Licensing Patent Litigation ("Motion") filed by Target Corporation, Target Bank, and Target National Bank (collectively, "Target"). Aquila joins in Wilmington Trust Company and Wilmington Brokerage Services Company's Response In Opposition to Motion for Transfer and Consolidation of Katz Technology Licensing Patent Litigation Pursuant to 28 U.S.C. § 1407. In response to each of Target's averments set forth in its Motion, Aquila further states as follows:

1. Aquila admits that the Motion seeks to transfer and consolidate twenty-five (25) patent infringement actions and that twenty-three (23) of those actions were filed within two months of the date Target filed its Motion.

2. Upon information and belief, Aquila admits that Ronald A. Katz Technology Licensing, LP ("Katz") is a California limited partnership having its principle place of business in Los Angeles, California. Aquila admits that Ronald A. Katz claims to be the founder of Katz and purports to be the sole named inventor of each of the patents asserted in each of the actions.

3. Aquila admits that Katz claims to have been issued more than fifty (50) United States patents related to interactive call processing. Aquila admits that each of the Katz cases relates to a portion of twenty-seven (27) different patents relating, broadly, to interactive call processing. Aquila denies that the same patents are at issue in each of the various pending lawsuits.

4. Aquila admits that in each of the actions, Katz asserts that the defendants infringe upon some portion of twenty-seven (27) different patents allegedly belonging to Katz relating, broadly, to interactive call processing. Aquila denies that the same patents and/or the same claims are asserted in each of the various Katz actions.

5. Aquila admits that at least two courts have experience with some of Katz's interactive call processing patents. Aquila admits that Judge Lowell A. Reed issued a claim construction order in the *AT&T* case construing claim terms from five of Katz's patents and states that Judge Reed's Order is a document that speaks for itself.

6. Aquila admits that Judge R. Gary Klausner has experience with fourteen (14) of Katz's patents and presided over the *Verizon* case for nearly three years. Aquila is without information or knowledge sufficient to form a belief as to how "closely-related" the *Verizon* case is to each of the pending actions and, therefore, denies that Judge Klausner's experience involves a "closely-related dispute" to each of the pending actions.

7. Aquila admits that Judge Klausner construed certain terms in a June 23, 2003 claim construction order and that some of those claim terms do not overlap terms of the patents previously addressed by Judge Reed. In further response, Aquila states that Judge Klausner's June 23, 2003 Order is a document that speaks for itself, and that no Judge has addressed all claim terms implicated in each case, and many of the terms at issue in the separate cases are not at issue in all cases.

8. Aquila admits that Judge Klausner issued an Order in the *Verizon* case in December 2003. Aquila states that Judge Klausner's Order is a document that speaks for itself.

9. Aquila admits that Katz filed suit in July 2005 in the United States District Court for the Eastern District of Texas asserting twenty-two (22) of the interactive call processing patents against multiple defendants (the *Citibank* case). Aquila admits that Judge David J. Folsom entered an order severing claims involving six of the asserted patents into a new case (the *Discover* case), which Judge Folsom stayed pending resolution of the *Citibank* case. Aquila further states that the Complaints filed and any Order by Judge Folsom are documents that speak for themselves.

10. Aquila admits that in August 2006 Katz filed five more actions in the United States District Court for the Eastern District of Texas, and two of these were subsequently split into fifteen (15) separate actions. Aquila further admits that twenty (20) separate actions are pending in the Eastern District of Texas. Aquila further states that the Complaints filed and any Order by the Court are documents that speak for themselves.

11. Aquila admits that in September 2006 Katz filed five actions in the United States District Court for the District of Delaware. Aquila further states that the Complaints filed are documents that speak for themselves.

12. Aquila admits that all of the above-mentioned actions were filed in federal court.

13. Aquila admits that each of the actions alleges infringement of various patents allegedly belonging to Katz relating to interactive call processing. Aquila admits that some of the patents asserted in the various actions overlap but denies that the same patents are asserted in each individual action. Aquila further states that Exhibits B and C to Target's Motion are documents that speak for themselves.

14. Aquila admits that some of the defenses asserted by the various defendants may overlap but denies that there will be a complete overlap or that the overlapping defenses will be asserted in an identical manner in the separate actions.

15. Aquila admits that, at the time Target filed its Motion, no answers had been filed in the twenty-one (21) most recently filed actions. Aquila further admits that, upon information and belief, the *Discover* case has been stayed pending resolution of the *Citibank* case. At the time of filing this response answers have been filed by nearly every defendant in the individual actions.

16. Aquila admits that, upon information and belief, summary judgment motions must be filed by February 2007 and trial will not commence before May 2007 in the *Citibank* case.

21293398\V-2

17. Upon information and belief, Aquila admits that no substantive orders have been issued in the *Citibank* and *Discover* cases. Aquila denies, however, that the *Citibank* and *Discover* cases are in the same or similar procedural stage as the other actions or that these cases, the *Verizon* case, and the remaining newly-filed actions are sufficiently similar that a comparison of these cases, as it relates to their procedural status, is informative to the issue of potential pre-trial consolidation.

18. Upon information and belief, Aquila admits that Target and American Airlines filed motions in the *Citibank* case requesting consolidation with the *American Electric* case and the *American Airlines* case, respectively, for claim construction purposes and that both motions were denied.

19. Aquila admits that Judge Klausner has experience with Katz's patents in the *Verizon* case. Aquila denies that Judge Klausner is the only Judge having experience with Katz's interactive call processing patents. Aquila further denies that Judge Klausner's experience with certain of the Katz patents renders him the "most experienced" Judge with all of the Katz patents, including those at issue in the case pending against Aquila.

20. Aquila admits the existence of certain overlapping questions of fact in the various actions but denies that these overlapping issues will outweigh individual issues given that the various patents asserted in each action are not identical and given the potential for industry-specific claims and defenses that could be asserted in the various actions, which already have been organized by industry type.

21. Aquila admits that there may exist common issues related to damages and royalties for each individual patent but denies that these common issues predominate given the differences in the various patents asserted in each individual action.

22. Aquila denies that transfer and consolidation is necessary for any reason.

21293398.V-2

23. Aquila denies that transfer and consolidation will minimize costs and inconvenience and denies that transfer and consolidation will promote the just and efficient conduct of the litigation.

WHEREFORE, Aquila respectfully request that Target's Motion for Transfer and Consolidation be denied in favor of allowing the individual actions to proceed as originally organized.

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By: /s/ Juliet A. Cox
Juliet A. Cox, Missouri Bar No. 42566
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone (816) 460-2400
Facsimile (816) 531-7545

ATTORNEY FOR DEFENDANT AQUILA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served via U.S. Mail, postage prepaid, this 6th day of November, 2006, upon each attorney or party listed on the attached Panel Attorney Service List.

/s/ Juliet A. Cox
ATTORNEY FOR DEFENDANT AQUILA, INC

21293398\V-2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was served via U.S. Mail, postage prepaid on November 6, 2006, upon the following:

| |
|---|
| ABN AMRO Mortgage Group<br>777 East Eisenhower Parkway<br>Suite 700<br>Ann Arbor, MI 48108 |
| Alltel Communication Wire<br>One Allied Drive<br>Little Rock, AR 72202 |
| Alltel Communications<br>One Allied Drive<br>Little Rock, AR 72202 |
| Alltel, Corp.<br>One Allied Drive<br>Little Rock, AR 72202 |
| Blas P. Arroyo<br>Alston & Bird, LLP<br>Bank of America Plaza<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 28280-4000 |
| Sharon R. Barner<br>Foley & Lardner, LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610-4714 |
| Charles S. Barquist<br>Morrison & Forester, LLP<br>555 W. Fifth Street, Suite 3500<br>Los Angeles, CA 90013 |
| Jerry L. Beane<br>Andrews & Kurth<br>BankOne Center<br>1717 Main Street, Suite 3700<br>Dallas, TX 75201 |
| William H. Boice<br>Kilpatrick & Stockton<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309 |
| Cablevision Systems Corp.<br>1111 Stewart Avenue<br>Bethpage, NY 11714 |

- 8 -

21293398.V-2

| |
|---|
| S. Calvin Capshaw, III<br>Brown, McCarroll, LLP<br>P.O. Box 3999<br>Longview, TX 75606-3999 |
| Cerdian Corporation<br>3311 East Old Shakopee Road<br>Minneapolis, MN 55425 |
| Comdata Corporation<br>5301 Maryland Way<br>Brentwood, TN 37027 |
| Janet L. Cullum<br>Cooley, Godward, Kronish, LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155 |
| Daniel A. Devito<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>4 Times Square<br>New York, NY 10036 |
| J. Patrick Elsevier, MD<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>One Atlantic Center<br>Atlanta, GA 30309-3424 |
| Brian E. Ferguson<br>McDermott, Will & Emery, LLP<br>600 13th Street, N.W.<br>Washington, DC 20005 |
| David K. Friedland<br>Lotts & Friedland, PA<br>355 Alhambra Circle, Suite 1100<br>Coral Gables, FL 33134 |
| Giant Food, Inc.<br>6400 Sheriff Road<br>Landover, MD 20785 |
| Alan David Harrel<br>Atchley, Russell, Waldrop & Hlavinka<br>1710 Moores Lane<br>P.O. Box 5517<br>Texarkana, TX 75505-5517 |
| Holmes J. Hawkins, III<br>King & Spalding<br>1180 Peachtree Street<br>Atlanta, GA 30309-3521 |

| |
|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| Angela Payne James<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>One Atlantic Center<br>Atlanta, GA 30309-3424 |
| Josh A. Krevitt<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166 |
| LaSalle Bank Corporation<br>135 LaSalle Street<br>Chicago, IL 60603 |
| Lasalle Financial Service<br>135 LaSalle Street<br>Chicago, IL 60603 |
| Robert L. Lee<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>One Atlantic Center<br>Atlanta, GA 30309-3424 |
| Mitchell D. Lukin<br>Baker Botts, L.L.P.<br>One Shell Plaza<br>910 Louisiana<br>Houston, TX 77002-4995 |
| David M. Maxwell<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>One Atlantic Center<br>Atlantic, GA 30309-3424 |
| Richard M. McDermott<br>Alston & Bird, LLP<br>Bank of America Plaza<br>101 South Tryon Street<br>Suite 4000<br>Charlotte, NC 28280-4000 |
| Harold J. McElhinny<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 |

21293398\V-2

| |
|---|
| Robin L. McGrath<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>One Atlantic Center<br>Atlantic, GA 30309-3424 |
| Mike McKool, Jr.<br>McKool & Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201 |
| Camille M. Miller<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 |
| Matthew J. Moore<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2402 |
| Jeffrey L. Moyer<br>Richards, Layton & Finger<br>P.O. Box 551<br>Wilmington, DE 19899 |
| Samuel J. Najim<br>Jones Day<br>1420 Peachtree Street, Suite 800<br>Atlantic, GA 30309-3053 |
| National Railroad Passeng<br>60 Massachusetts Avenue, N.E.<br>Washington, DE 20002 |
| Gregory S. Norrod<br>Foley & Lardner, LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610-4714 |
| Steven P. Petersen<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL 60601 |
| David A. Roodman<br>Bryan Cave, LLP<br>One Metropolitan Square<br>211 N. Broadway, Suite 3600<br>St. Louis, MO 63102-2750 |
| William C. Rooklidge<br>Howrey LLP<br>2020 Main Street, Suite 1000<br>Irvine, CA 92614-8200 |

| |
|---|
| Marshall M. Seary, III<br>Quinn Emanuel Urquhart Oliver & Hedges<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |
| Steven R. Selsberg<br>Mayer, Brown, Rowe & Maw, LLP<br>700 Louisiana, Suite 3400<br>Houston, TX 77002 |
| Jonathan R. Spivey<br>Foley & Lardner, LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610-4714 |
| Jeffrey S. Standley<br>Standley Law Group, LLP<br>495 Metro Place South, Suite 210<br>Dubin, OH 43017-5319 |
| Richard L. Stroup<br>Finnegan, Henderson, Farabow, Garrett, et al.<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4413 |
| William J. Wade<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
| Stayton L. Worthington<br>Coghlan Crowson, LLP<br>1127 Judson Road, Suite 211<br>Longview, TX 75606 |

## **CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire, hereby certify that on November 7, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John M. Seaman, Esquire
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951

David A. Felice, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899

Collins J. Seitz, Jr. Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by e-mail and hand delivery on November 7, 2006 on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Danielle Gibbs (#3698)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com
*Attorneys for Defendant Aquila Inc.*
