IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RONALD A. KATZ TECHNOLOGY
LICENSING, L.P.

        Plaintiff,

        v.

WILMINGTON TRUST COMPANY,
WILMINGTON BROKERAGE SERVICES
COMPANY, *et al.*

        Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

C.A. No. 06-547 (GMS)

Jury Trial Demanded

## NOTICE OF FILING

PLEASE TAKE NOTICE that the documents attached hereto as Exhibit A were filed before the Judicial Panel on Multidistrict Litigation on November 6, 2006. The attached documents are relevant to the following civil actions pending in the District of Delaware before Judge Sleet: 1:06-cv-543; 1:06-cv-544; 1:06-cv-545; 1:06-cv-546; and 1:06-cv-547.

Dated: November 8, 2006

        *David A. Felice*
        Sean J. Bellew (#4072)
        David A. Felice (#4090)
        Cozen O'Connor
        Chase Manhattan Centre
        1201 Market Street, Suite 1400
        Wilmington, DE 19801
        Telephone: (302) 295-2011
        *Attorneys for Defendants*
        *Wilmington Trust Company and*
        *Wilmington Brokerage Services Company*

*OF COUNSEL*
Camille M. Miller
Darryl W. Shorter
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-7283

WILMINGTON\42551\1  184985.000

# EXHIBIT A



RECEIVED
CLERK'S OFFICE

2006 NOV -6  P 2: 27

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: ) | MDL Docket No. 1816 |
| ) | |
| Katz Interactive Call Processing Litigation ) | |
| ) | |
| ) | |

## WILMINGTON TRUST COMPANY AND WILMINGTON BROKERAGE SERVICES COMPANY'S RESPONSE IN OPPOSITION TO MOTION FOR TRANSFER AND CONSOLIDATION OF KATZ TECHNOLOGY LICENSING PATENT LITIGATION PURSUANT TO 28 U.S.C. §1407

**Camille M. Miller**
Melanie A. Miller
Darryl W. Shorter
**Cozen O'Connor**
1900 Market Street
Philadelphia, PA  19103
Tel. (215) 665-2000
Fax (215) 665-2013


Attorneys for Defendants
Wilmington Trust Company and
Wilmington Brokerage Services Company

## I.    INTRODUCTION

Wilmington Trust Company and Wilmington Brokerage Services Company

("Wilmington Trust") are defendants in a case entitled *Ronald A. Katz Technology Licensing,*

*L.P. v. American International Group, Inc.,* et al., currently pending in the United States District

Court for the District of Delaware, No. 1:06-CV-547, before Judge Gregory M. Sleet. This case

is one of five related cases currently pending before Judge Sleet in the District of Delaware

("Delaware Litigation").[1]

The Delaware Litigation, which was initiated by Ronald A. Katz Technology Licensing

L.P. ("Katz") on or about September 1, 2006, involves approximately eighty-two (82)

defendants. The five separate actions which comprise the Delaware Litigation appear to be

grouped by industry type – Civil Action No. 06-546 appears to involve internet and cable

television service providers, Civil Action No. 06-543 involves energy providers, Civil Action

No. 06-544 involves primarily banks, Civil Action No. 06-545 primarily involves services

related to refilling prescriptions, and Civil Action No. 06-547 primarily involves insurance

service providers.

On October 6, 2007, Target Corporation, Target Bank and Target National Bank

("Target") filed a Motion for Transfer and Consolidation of twenty-five patent actions, including

---

[1]    The four other related actions pending before Judge Sleet in the District of Delaware are:
*Ronald A. Katz Technology Licensing, LP. v. Reliant Energy et al.,* No. 1:06-CV-543, *Ronald A.*
*Katz Technology Licensing, LP. v. TD Banknorth, Inc., et al.,* No. 1:06-CV-544, *Ronald A. Katz*
*Technology Licensing, LP. v. Ahold USA, Inc., et al.,* No. 1:06-CV-545, and *Ronald A. Katz*
*Technology Licensing, LP. v. Time Warner, et al.,* No. 1:06-CV-546.

the Delaware Litigation.[2]  Wilmington Trust hereby opposes transfer of the Delaware Litigation

because such transfer would not serve the convenience of the parties and witnesses or promote

the just and efficient conduct of the litigation. *See* 28 U.S.C. §1407(a).  Wilmington Trust

additionally joins in the responses in opposition filed by CIGNA Corporation, CIGNA Health

Corporation, CIGNA HealthCare of Delaware, Inc., Tel-Drug, Inc., Tel-Drug of Pennsylvania,

L.L.C., American International Group, Inc., AIG Retirement Services, Inc., 21st Century

Insurance Group, 21st Century Insurance Company, 21st Century Casualty Company, AIG

Marketing, Inc., AIG SunAmerica Asset Management Corp., AIG Annuity Insurance Company,

AIG Federal Savings Bank, The United States Life Insurance Company in the City of New York,

AIG Life Insurance Company, American General Assurance Company, American General

Indemnity Company, American General Life and Accident Insurance Company, American

General Life Insurance Company, The Variable Annuity Life Insurance Company, VALIC

Financial Advisors, Inc., and VALIC Retirement Services Company.

## II.    ARGUMENT

In patent litigation, transfer and consolidation is inappropriate where there are few

common questions of fact, transfer would not serve the convenience of the parties and witnesses

or promote the just and efficient conduct of the litigation. *In re Molinaro/Catanzaro*, 464 F.

Supp. 966, 968 (J.P.M.L. 1979); *In re Allen Compound Bow Patent Litigation*, 446 F.Supp. 248,

251 (J.P.M.L.1978).  This is particularly true, where, as here, the accompanying discovery would

not be sufficiently time consuming to justify transfer and suitable alternatives to minimize the

possibility of duplicative discovery exist. *In re Sicilia Di R. Biebow & Co. Contract Litigation*,

---

[2]      A schedule of the twenty-five actions is attached as Exhibit A to the Motion for Transfer
and Consolidation.

490 F.Supp. 513, 515-16 (J.P.M.L. 1980); *In re Wyeth Patent Infringement Litigation*, 445 F.

Supp. 992, 993 (J.P.M.L. 1978).

### A. The Actions Do Not Present Common Issues.

Target asserts that the pending actions involve multiple members of an alleged family of

patents assigned to Katz. In fact, these actions involve a total of twenty-seven different Katz

patents. While a number of the same patents may be asserted in each of the pending actions,

Target's approach overlooks the significance of the particular individual patent claims that may

be asserted in each suit (or against each party) in establishing the particular issues in dispute in

each action.

Katz has grouped the various Delaware Litigation defendants by general industry type.

Because all of the Delaware Litigation involves aspects of so-called "interactive call processing,"

it is reasonable to assume Katz grouped the Delaware Litigation defendants by industry type for

the simple reason that each industry has similarity of issues. Thus, it is logical to assume that

there are specific practices within each industry which relate to the operation of the call centers

for each industry.

In contrast, the other pending actions were not grouped by industry type. It therefore

appears that specific claim groupings are relevant for the Delaware Litigation but may not be

relevant for the other pending actions. Thus, given the specific industry groupings utilized by

Katz in "structuring" the Delaware Litigation, and the related anticipated assertion of specific

claims unique to those operations, it cannot be presumed that common issues of fact will

predominate between the Delaware Litigation and the other pending actions. To the contrary, it

is expected that practices unique to specific industries (and individual defendants) will present

unique and disparate factual circumstances requiring separate treatment.

4

**B. Transfer Would Not Serve the Convenience of the Parties in the Delaware Litigation.**

Wilmington Trust, as are the majority of the eighty-two defendants in the Delaware Litigation, is a Delaware company headquartered in Delaware. Furthermore, many of the Delaware Litigation defendants have principal places of business in Delaware. As such, the majority of the documents and witnesses relevant to the Delaware Litigation are located in the District of Delaware. For the Delaware Litigation defendants, consolidation in a distant forum will not serve the convenience of the parties.

Furthermore, in light of the relatively large number of parties and industries represented in these various actions (and specific issues unique to each), consolidation will actually render these cases virtually unmanageable relative to the current status. As the Delaware Litigation is pending before the same Judge, the adoption of mechanisms specific to the claims and issues is relatively feasible. Combining the various parties in a single consolidated action, however, will inevitably lead to multiplication of the relevant claims and issues beyond which any individual party presently has to be concerned.

Wilmington Trust also understands that there are potential conflict issues with the Heller Erhman, LLP firm, lead counsel for Katz in the Delaware Litigation and the Cooley Godward Kronish, LLP firm, lead counsel for Katz in the Texas Litigation, which would make consolidation extremely problematic from a conflict of interest stand point.

**C. Transfer and Consolidation Would Not Promote the Just and Efficient Conduct of the Actions.**

Katz is suing one-hundred and seventy defendants for claims involving twenty-seven separate patents. However, at most, there are only eleven patents at issue in the Delaware Litigation. Requiring Wilmington Trust to participate in extensive pretrial discovery relating to

5

twenty-seven separate patents would clearly not promote the just and efficient conduct of the litigation.

Moreover, sixteen of the Katz patents are being construed by Judge David Folsom in the Eastern District of Texas. The Taxarkana Division cases pending before Judge Folsom have been pending for approximately eighteen months and are well advanced. In fact, a claim construction hearing (Markman) was held before Judge Folsom on September 20, 2006. Under collateral estoppel principles, a determination of patent invalidity in the Texarkana Division action would likely prove dispositive in the Delaware Litigation. *See, e.g., In re Allen Compound Bow Patent Litigation*, 446 F.Supp. at 250 ("a determination of patent invalidity in that action would likely prove dispositive of that issue in the remaining actions in this litigation") (citations omitted).

### D. Suitable Alternatives to Transfer Are Available to Minimize the Possibility of Duplicative Discovery.

In its motion to transfer and consolidate, Target creates the impression that formal consolidation in a multidistrict proceeding under Section 1407(a) is the only viable mechanism for achieving coordination of the various proceedings in an efficient manner. Target's approach sidesteps the significant fact that the present actions are pending in only two judicial districts -- Delaware and Texas. The Judicial Panel has long recognized that alternatives to consolidation are appropriate to the coordination of civil actions, particularly, where only a limited number of judicial districts are involved. *See In re Zimmer, Inc., Centralign Hip Prosthesis Prod. Liability Lit.* (No. II), 366 F.Supp.2d 1384, 1385 (J.P.M.L. 2005) citing *In re Zimmer, Inc., Centralign Hip Prothesis Prod. Liability Lit.*, 237 F.Supp.2d 1376 (J.P.M.L. 2002) (denying consolidation of a two-district docket); *see also In re Qwest Communications Int'l., Inc. Securities & "ERISA" Lit.*, 3965 F.Supp.2d 1360 (J.P.M.L. 2005) (denying consolidation of twenty-three actions

6

pending in two districts); see also *In re Georgeson Shareholder Comm. Inc., Share Exchange Lit.*, 277 F.Supp.2d 1372 (J.P.M.L. 2003) (denying consolidation of a two-district docket).

This Panel should deny consolidation of the Delaware Litigation because suitable alternatives are available to the parties. *See In re Sicilia Di R. Biebow & Co. Contract Litigation*, 490 F.Supp at 515-16; *In re Molinaro/Catanzaro*, 464 F.Supp. at 969; *In re Wyeth Patent Infringement Litigation*, 445 F.Supp. at 993. Clearly, Judge Sleet will coordinate the Delaware Litigation. Moreover, to the extent necessary, Judge Sleet can coordinate with Judge Folsom. Any party could ask the judge assigned to a particular action to issue an order to show cause why the discovery already completed in any related action should not be made applicable to the former action. *In re Molinaro/Catanzaro*, 464 F.Supp. at 969. Or, the parties simply could stipulate that the discovery could be used in a particular action. *Id.*

Additionally, consultation and cooperation among the two courts, coupled with the cooperation of the parties, would minimize the possibility of duplicative discovery. *In re Sicilia Di R. Biebow & Co. Contract Litigation*, 490 F.Supp at 515-16. For example, notices for a particular deposition could be filed in all actions, thereby making the depositions applicable in each action. *Id.* The parties could seek to agree upon a stipulation that any relevant discovery could be used in all the actions. *In re Wyeth Patent Infringement Litigation*, 445 F.Supp. at 993. In addition, any party could seek orders from the two involved district courts directing the parties to coordinate their pretrial efforts. *Id.*

IV.    **CONCLUSION**

For the foregoing reasons, Wilmington Trust requests that this Panel decline to transfer

and consolidate actions in the Eastern District of Texas and the District of Delaware.

**COZEN O'CONNOR, P.C.**

By:    _____

**Camille M. Miller**
Melanie A. Miller
Darryl W. Shorter
**Cozen and O'Connor**
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

Attorneys for Defendants
Wilmington Trust Company and
Wilmington Brokerage Services Company

Dated:  November 6, 2006

8

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| In re: | : | |
| | : | MDL Docket No. MDL-1816 |
| Katz Technology Licensing Patent Litigation | : | |
| | : | |

## REVISED CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing Wilmington Trust Company
And Wilmington Brokerage Services Company's Response In Opposition To Motion For
Transfer And Consolidation Of Katz Technology Licensing Patent Litigation Pursuant To 28
U.S.C. §1407 was served on all counsel listed on the attached Service List via First Class Mail,
postage prepaid, on this 7th Day of November, 2006.


_____
Camille M. Miller

Nov-07-2006  10:44am  From-COZEN O'CONNOR                    202-912-4830        T-030   P.004/009   F-185

## Judicial Panel on Multidistrict Litigation - Panel Attorney Service List                                    Page 1

Docket: 1816 - In re Katz Interactive Call Processing Patent Litigation
Status:  Pending on  / /
Transferee District:        Judge:                                                            Printed on 11/07/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Alltel Communication Wire,<br>One Alltel Drive<br>Little Rock, AR 72202 | ⇒<br>Alltel Communications Wireless, Inc. |
| Alltel Communications,<br>One Alltel Drive<br>Little Rock, AR 72202 | ⇒<br>Alltel Communications of Texarkana, Inc. |
| Alltel, Corp.,<br>One Alltel Drive<br>Little Rock, AR 72202 | ⇒<br>ALLTEL Corp. |
| Arroyo, Blas P.<br>Alston & Bird, LLP<br>Bank of America Plaza<br>101 South Tryon Street<br>Suite 4000<br>Charlotte, NC 28280-4000 | ⇒ Phone: (704) 444-1012  Fax: (704) 444-1111<br>Time Warner Cable, Inc.*; Time Warner Entertainment Co., L.P.*; Time Warner NY Cable, LLC* |
| Barnes, Sharon R.<br>Foley & Lardner, LLP<br>321 North Clark Street<br>Suite 2800<br>Chicago, IL 60610-4714 | ⇒ Phone: (312) 832-4500  Fax: (312) 832-4700<br>U.S. Bancorp.*#; U.S. Bank, N.A.* |
| Burquist, Charles S.<br>Morrison & Foerster, LLP<br>555 W. Fifth Street<br>Suite 3500<br>Los Angeles, CA 90013 | ⇒ Phone: (213) 892-5200  Fax: (213) 892-5454<br>Express Scripts, Inc.* |
| Boone, Perry L.<br>Andrews & Kurth<br>BankOne Center<br>1717 Main Street<br>Suite 3700<br>Dallas, TX 75201 | ⇒ Phone: (214) 659-4400  Fax: (214) 659-4401<br>Aetna RX Home Delivery, LLC* |
| Bednarek, Michael<br>Paul Hastings Janofsky & Walker, LLP<br>875 15th Street, N.W.<br>Washington, DC 20005 | ⇒ Phone: (202) 551-1700  Fax: (202) 551-1705<br>ABN AMRO Mortgage Group, Inc.*; LaSalle Bank Corp.*; LaSalle Bank National Association*;<br>LaSalle Financial Services, Inc.* |
| Black, Martin J.<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104 | ⇒ Phone: (215) 994-2664  Fax: (215) 655-2664<br>TD Banknorth, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

Nov-07-2006 10:44am   From-COZEN O'CONNOR              202-912-4830      T-030  P.005/008  F-195

*(Panel Attorney Service List for MDL 1,816 Continued)*                                    Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Boise, William H.<br>Kilpatrick & Stockton<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, GA 30309 | => Phone: (404) 815-6464 Fax: (404) 541-3134<br>Cox Communications, Inc.*#; Coxcom, Inc.*#; Earthlink, Inc.*# |
| Cablevision Systems Corp.,<br>1111 Stewart Avenue<br>Bethpage, NY 11714 | =><br>Cablevision Systems Corp. |
| Capshaw, III, S. Calvin<br>Brown, McCarroll, LLP<br>P.O. Box 3999<br>Longview, TX 75606-3999 | => Phone: (903) 236-9800 Fax: (903) 236-8787<br>Anthem Prescription Management, LLC*; Precision RX, Inc.*; Professional Claim Services, Inc. dba<br>Wellpoint Pharmacy Management, Inc.*; Wellpoint, Inc.* |
| Ceridian Corporation,<br>3311 East Old Shakopee Road<br>Minneapolis, MN 55425 | =><br>Ceridian Corp. |
| Comdata Corporation,<br>5301 Maryland Way<br>Brentwood, TN 37027 | =><br>Comdata Corp. |
| Cox, Juliet A.<br>Sonnenschein, Nath & Rosenthal, LLP<br>4520 Main Street<br>Suite 1100<br>Kansas City, MO 64111 | => Phone: (816) 460-2400 Fax: (816) 531-7545<br>Aquila, Inc.* |
| Cullum, Janet L.<br>Cooley, Godward, Kronish, LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155 | => Phone: (650) 843-5000 Fax: (650) 857-0663<br>Ronald A. Katz Technology Licensing, LP* |
| Dovin, Daniel A.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>4 Times Square<br>New York, NY 10036 | => Phone: (212) 735-3000 Fax: (212) 735-2000<br>Comerica Bank & Trust, NA*; Comerica Securities, Inc.*; Comerica, Inc.* |
| Elsevier, MD, J. Patrick<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>One Atlantic Center<br>Atlanta, GA 30309-3424 | => Phone: (404) 881-7000 Fax: (404) 881-7777<br>T-Mobile USA, Inc.* |
| Ferguson, Brian E.<br>McDermott, Will & Emery, LLP<br>600 13th Street, N.W.<br>Washington, DC 20005 | => Phone: (202) 756-8271 Fax: (202) 756-8087<br>21st Century Casualty Co.*; 21st Century Insurance Co.*; 21st Century Insurance Group*; AIG Annuity<br>Insurance Co.*; AIG Federal Savings Bank*; AIG Life Insurance Co.*; AIG Marketing, Inc.*; AIG<br>Retirement Services, Inc.*; AIG SunAmerica Asset Management Corp.*; American General Assurance |

Note: Please refer to the report title page for complete report scope and key

*(Panel Attorney Service List for MDL 1,816 Continued)*                                                    Page 3

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| | Co.*; American General Indemnity Co.*; American General Life & Accident Insurance Co.*; American General Life Insurance Co.*; American International Group, Inc.*; Cigna Corp.*; Cigna Health Corp.*; Cigna Healthcare of Delaware, Inc.*; Tel-Drug of Pennsylvania, LLC*; Tel-Drug, Inc.*; United States Life Insurance Co. in the City of New York*; VALIC Financial Advisors, Inc,*; VALIC Retirement Services Co.*; Variable Annuity Life Insurance Co.* |
| Friedland, David K.<br>Lotts & Friedland, PA<br>355 Alhambra Circle<br>Suite 1100<br>Coral Gables, FL 33134 | ==> Phone: (305) 448-7088  Fax: (305) 446-6191<br>Formed Express, Inc. dba 1-800-Petmeds* |
| Giant Food, Inc.,<br>6400 Sheriff Road<br>Landover, MD 20785 | ==><br>Giant Food, Inc. (dba Giant of Maryland, LLC) |
| Harrel, Alan David<br>Atchley, Russell, Waldrop & Hlavinka<br>1710 Moores Lane<br>P.O. Box 5517<br>Texarkana, TX 75505-5517 | ==> Phone: (903) 792-8246  Fax: (903) 792-5801<br>Wal-Mart Stores, Inc. |
| Hawkins, III, Holmes J.<br>King & Spalding<br>1180 Peachtree Street<br>Atlanta, GA 30309-3521 | ==> Phone: (404) 572-4600  Fax: (404) 572-5134<br>Healthy Options, Inc. dba Postal Prescription Services*; Kroger Co. (The)*; Kroger Texas, LP* |
| Horwitz, Richard L.<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | ==> Phone: (302) 984-6000<br>DHL Express (USA), Inc.; DHL Holdings (USA), Inc.; Sky Courier, Inc. |
| James, Angela Payne<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>One Atlantic Center<br>Atlanta, GA 30309-3424 | ==> Phone: (404) 881-7000  Fax: (404) 881-7777<br>Charter Communications Entertainment I, LLC*; Charter Communications Holding Co., LLC*; Charter Communications Operating, LLC*; Charter Communications, Inc.* |
| Kenworthy, Thomas B.<br>Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921 | ==> Phone: (215) 963-5702  Fax: (215) 963-5001<br>Rite Aid Corp.*; Rite Aid of Delaware, Inc.* |
| Krevitt, Josh A.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166 | ==> Phone: (212) 351-3490  Fax: (212) 351-6390<br>Cablevision of Brookhaven, Inc.*; Cablevision of Connecticut Corp.*; Cablevision of Hudson County, Inc.*; Cablevision of Litchfield, Inc.*; Cablevision of Monmouth, Inc.*; Cablevision of New Jersey, Inc.*; Cablevision of Oakland, LLC*; Cablevision of Rockland/Ramapo, LLC*; Cablevision System New York City Corp.*; CSC Holdings, Inc.* |

Note: Please refer to the report title page for complete report scope and key

Nov-07-2006  10:44am   From-COZEN O'CONNOR                    202-912-4830      T-030   P.007/009   F-195

*(Panel Attorney Service List for MDL 1,816 Continued)*                                          Page 4

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Lee, Robert L.<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>One Atlantic Center<br>Atlanta, GA 30309-3424 | => Phone: (404) 881-7000  Fax: (404) 881-7777<br>Ahold USA, Inc.*; Giant Food Stores, LLC*; Giant Food, LLC*; Stop & Shop Supermarket Co., LLC* |
| Lukin, Mitchell D.<br>Baker Botts, L.L.P.<br>One Shell Plaza<br>910 Louisiana<br>Houston, TX 77002-4995 | => Phone: (713) 229-1723  Fax: (713) 229-7733<br>Reliant Energy Retail Services, LLC*; Reliant Energy, Inc.* |
| Maxwell, David M.<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>One Atlantic Center<br>Atlanta, GA 30309-3424 | => Phone: (404) 881-7000  Fax: (404) 881-7777<br>AOL, LLC*; CompuServe Interactive Services, Inc.*; Netscape Communications Corp.* |
| McDermott, Richard M.<br>Alston & Bird, LLP<br>Bank of America Plaza<br>101 South Tryon Street<br>Suite 4000<br>Charlotte, NC 28280-4000 | => Phone: (704) 444-1000  Fax: (704) 444-1111<br>Cinergy Corp.*; Duke Energy Corp.* |
| McElhinny, Harold J.<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | => Phone: (415) 268-7000  Fax: (415) 268-7522<br>Target Bank*; Target Corp.*; Target National Bank* |
| McGrath, Robin L.<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>One Atlantic Center<br>Atlanta, GA 30309-3424 | => Phone: (404) 881-7000  Fax: (404) 881-7777<br>Safeco Corp.*#; Safeco Insurance Co. of America* |
| McKool, Jr., Mike<br>McKool & Smith, P.C.<br>300 Crescent Court<br>Suite 1500<br>Dallas, TX 75201 | => Phone: (214) 978-4000  Fax: (214) 978-4044<br>American Airlines, Inc.*; American Beacon Advisors, Inc.* |
| Miller, Camille M.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | => Phone: (215) 665-7273  Fax: (215) 701-2273<br>Wilmington Brokerage Services Co.*; Wilmington Trust Co.* |
| Moore, Matthew J.<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W. | => Phone: (202) 783-0800  Fax: (202) 383-6610<br>Cullen/Frost Bankers, Inc.*; Ford Motor Co.*#; Ford Motor Credit Co.*#; Frost National Bank, NA*;<br>General Electric Capital Corp.*; General Electric Capital Services, Inc.*#; General Electric Consumer |

Note: Please refer to the report title page for complete report scope and key

*(Panel Attorney Service List for MDL 1,816 Continued)*                                   Page 5

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Washington, DC 20004-2402 | Finance, Inc.*#; General Motors Acceptance Corp.*#; General Motors Corp.*#; GMAC Mortgage Corp.*; GMAC Residential Capital Corp.*#; Hilton H Honors Worldwide, L.L.C.*; Hilton Hotels Corp.*; Hilton Reservations Worldwide, L.L.C.*; Marriott International, Inc.*; Marriott Worldwide Reservation Services, L.L.C.*; PNC Bank, N.A.*; PNC Financial Services Group, Inc.*#; Randall's Food & Drug, L.P.*; Randall's Food Market, Inc.*; Safeway, Inc.*; Whirlpool Corp.* |
| Mayer, Jeffrey L.<br>Richards, Layton & Finger<br>P.O. Box 551<br>Wilmington, DE 19899 | => Phone: (302) 651-7535 Fax: (302) 651-7701<br>Qwest Broadband Services, Inc.*; Qwest Communications Corp.*; Qwest Communications International, Inc.*; Qwest Enterprise America, Inc.*; Qwest LD Corp.*; Qwest Wireless, LLC* |
| Najim, Samuel J.<br>Jones Day<br>1420 Peachtree Street<br>Suite 800<br>Atlanta, GA 30309-3053 | => Phone: (404) 521-3939 Fax: (404) 581-8330<br>Centerpoint Energy Houston Electric, LLC*#; Centerpoint Energy Resources Corp.*; Centerpoint Energy, Inc.*; Chevron Corp.*; Chevron Credit Bank, N.A.*; Chevron Products Co.*; Chevron U.S.A., Inc.*; Experian Information Solutions, Inc.*; National City Bank*; National City Bank of Indiana*; National City Corp.*; Regions Bank, NA*#; Regions Financial Corp.*# |
| National Railroad Passeng.<br>60 Massachusetts Avenue, N.E.<br>Washington, DC 20002 | =><br>National Railroad Passenger Corp. dba Amtrak |
| Norrod, Gregory S.<br>Foley & Lardner, LLP<br>321 North Clark Street<br>Suite 2800<br>Chicago, IL 60610-4714 | => Phone: (312) 832-4500 Fax: (312) 832-4700<br>Sam's East, Inc.*; Sam's West, Inc.*; Wal-Mart Store, Inc.*; Wal-Mart Stores East, LP*; Wal-Mart Stores Texas, LP*; Wal-Mart.com, Inc.* |
| Petersen, Steven P.<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza<br>Suite 4900<br>Chicago, IL 60601 | => Phone: (312) 616-5600 Fax: (312) 616-5700<br>Aetna, Inc.*; TDS Metrocom, LLC*; TDS Telecommunications Corp.*; United States Cellular Corp.* |
| Roodman, David A.<br>Bryan Cave, LLP<br>One Metropolitan Square<br>211 N. Broadway<br>Suite 3600<br>St. Louis, MO 63102-2750 | => Phone: (314) 259-2068 Fax: (314) 259-2020<br>Dillard Investment Co., Inc.*; Dillard's, Inc.* |
| Rockridge, William C.<br>Howrey LLP<br>2030 Main Street<br>Suite 1000<br>Irvine, CA 92614-8200 | => Phone: (949) 721-6900 Fax: (949) 721-6910<br>Discover Bank*; Discover Financial Services, Inc.* |
| Searcy, III, Marshall M.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>865 South Figueroa Street<br>10th Floor | => Phone: (213) 443-3060 Fax: (213) 443-3100<br>DirecTV Enterprise, LLC*#; DirecTV Group, Inc.*#; DirecTV Holdings, LLC*#; DirecTV, Inc.*# |

(Panel Attorney Service List for MDL 1,816 Continued)                                        Page 6

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Los Angeles, CA 90017

Selsberg, Steven R.
Mayer, Brown, Rowe & Maw, LLP
700 Louisiana
Suite 3400
Houston, TX 77002

=> Phone: (713) 238-2664  Fax: (713) 238-4688
Tracfone Wireless, Inc.*#

Spivey, Jonathan R.
Foley & Lardner, LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610-4714

=> Phone: (312) 832-4509  Fax: (312) 832-4700
Caremark Inc. dba Caremark Prescription Services*; Caremark RX Inc.*

Stanley, Jeffrey S.
Stanley Law Group, LLP
495 Metro Place South
Suite 210
Dublin, OH 43017-5319

=> Phone: (614) 792-5555  Fax: (614) 792-5556
Delmarva Power & Light Co.*; Humana, Inc.*#; Pepco Holdings, Inc.*; PHI Service Co.*

Stroop, Richard L.
Finnegan, Henderson, Farabow, Garrett. et al.
901 New York Avenue, N.W.
Washington, DC 20001-4413

=> Phone: (202) 408-4000  Fax: (202) 408-4400
Federal Express Corp.*; FedEx Corp.*; FedEx Corporate Services, Inc.*; FedEx Customer Information Services, Inc.*

Worthington, Stayton L.
Coghlan Crowson, LLP
1127 Judson Road, Suite 211
Longview, TX 75606

=> Phone: (903) 758-5543  Fax: (903) 753-6989
American Electric Express Power Co., Inc.; American Electric Power Co., Inc.*; American Electric Power Service Corp.; American Electric Power WR; Southwestern Electric Power Co.*

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on November 8, 2006, I electronically filed the

foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing to

the following counsel of record:

John M. Seaman
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Richard L. Horwitz
Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Karen E. Keller
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

David A. Felice (#4090)