# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC. *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 06-547 (GMS) |

## PLAINTIFF RONALD A. KATZ TECHNOLOGY LICENSING, L.P.'S REPLY TO DEFENDANT AQUILA, INC.'S COUNTERCLAIMS

Plaintiff and Counterclaim-Defendant Ronald A. Katz Technology Licensing, L.P. ("Katz Technology Licensing") replies to the Counterclaims of Defendant and Counterclaim-Plaintiff Aquila, Inc. ("Aquila") as follows:

1. On information and belief, Katz Technology Licensing admits that Aquila is a Delaware corporation having a principal place of business at 20 West Ninth Street, Kansas City, Missouri 64105.

2. Katz Technology Licensing admits that it is a California limited partnership with its principal place of business at 9220 Sunset Boulevard, Suite 315, Los Angeles, California 90069, as alleged in Paragraph 2 of Aquila's Counterclaims.

3. Katz Technology Licensing: (a) admits that this Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a); (b) admits that Aquila purports to bring its counterclaims for a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202, as alleged in Paragraph 3 of Aquila's Counterclaims; and (c) denies the viability of that request for a declaratory judgment. Katz Technology Licensing denies the remaining allegations set forth in Paragraph 3.

4. Katz Technology Licensing admits that venue is proper in this judicial district, as alleged in Paragraph 4 of Aquila's Counterclaims.

5. Katz Technology Licensing admits that there is an actual controversy between the parties with respect to Aquila's infringement of the patents identified in Paragraph 101 of Katz Technology Licensing's Complaint. Katz Technology Licensing denies the remaining allegations set forth in Paragraph 5 of Aquila's Counterclaims.

6. Katz Technology Licensing denies the allegations set forth in Paragraph 6 of Aquila's Counterclaims.

7. Katz Technology Licensing denies the allegations set forth in Paragraph 7 of Aquila's Counterclaims.

8. Katz Technology Licensing denies the allegations set forth in Paragraph 8 of Aquila's Counterclaims.

### PRAYER FOR RELIEF ON AQUILA'S COUNTERCLAIMS

Katz Technology Licensing respectfully requests that, in response to Aquila's Counterclaims, this Court:

1. Dismiss Aquila's Counterclaims with prejudice;

2. Adjudge that Aquila is not entitled to any relief, including any of the relief requested in Aquila's prayer for relief; and

3. Award to Katz Technology Licensing the relief requested in its Complaint and such other relief as the Court may deem appropriate and just under the circumstances.

                    BOUCHARD MARGULES & FRIEDLANDER, P.A.


By   /s/ John M. Seaman
Andre G. Bouchard (I.D. No. 2504)
John M. Seaman (I.D. No. 3863)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
abouchard@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

OF COUNSEL:

HELLER EHRMAN LLP
Robert T. Haslam
Andrew C. Byrnes
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: 650.324.7000
robert.haslam@hellerehrman.com
andrew.byrnes@hellerehrman.com

Michael K. Plimack
Dale A. Rice
333 Bush Street
San Francisco, CA 94104-2878
Telephone: 415.772.6000
michael.plimack@hellerehrman.com
dale.rice@hellerehrman.com

DATED: November 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2006, I electronically filed the foregoing **Reply of Ronald A. Katz Technology Licensing, L.P. to Defendant Aquila Inc.'s Counterclaims** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
provner@potteranderson.com

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Danielle Gibbs
Karen E. Keller
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
dgibbs@ycst.com
kkeller@ycst.com

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com

Sean Bellew
David A. Felice
Cozen O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801
sbellew@cozen.com
dfelice@cozen.com

Juliet A. Cox
Curtis E. Woods
Sonnenschein Nath & Rosenthal LLP
4520 Main, Suite 1100
Kansas City, MO 64111
jcox@sonnenschein.com
cwoods@sonnenschein.com

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
cseitz@cblh.com

Camille Miller
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
cmiller@cozen.com

{BMF-W0031353.}

Daniel J. Thomasch
Alex V. Chachkes
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
dthomasch@orrick.com
achackes@orrick.com

                BOUCHARD MARGULES & FRIEDLANDER, P.A.

                */s/ John M. Seaman*
                Andre G. Bouchard (# 2504)
                John M. Seaman (# 3868)
                222 Delaware Avenue, Suite 1400
                Wilmington, DE 19801
                Tel: (302) 573-3508
                Fax: (302) 573-3501
                E-mail: abouchard@bmf-law.com
                E-mail: jseaman@bmf-law.com

                *Attorneys for Plaintiff*
                *Ronald A. Katz Technology Licensing, L.P.*

{BMF-W0031353.}