IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-547-GMS |
| AMERICAN INTERNATIONAL GROUP, INC., et al. | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

        ASHBY & GEDDES

        /s/ *Steven J. Balick*

        _____
        Steven J. Balick (I.D. #2114)
        John G. Day (I.D. #2403)
        Lauren E. Maguire (I.D. #4261)
        222 Delaware Avenue, 17th Floor
        Wilmington, DE 19801
        (302) 654-1888
        sbalick@ashby-geddes.com
        jday@ashby-geddes.com
        lmaguire@ashby-geddes.com

        *Attorneys for Defendants American International Group, Inc., AIG Retirement Services, Inc., 21st Century Insurance Group, 21st Century Insurance Company, 21st Century Casualty Company, AIG Marketing, Inc., AIG SunAmerica Asset Management Corp., AIG Annuity Insurance Company, AIG Federal Savings Bank, The United States Life Insurance Company in the City of New York, AIG Life Insurance Company, American General Assurance Company, American General Indemnity Company, American General Life and Accident Insurance Company, American General Life Insurance Company, The Variable Annuity Life Insurance Company, VALIC Financial Advisors, Inc., and VALIC Retirement Services Company*

*Of Counsel:*

Brian E. Ferguson
Raphael V. Luop
Sudip K. Kundu
Robin Adkins
McDermott Will & Emery
600 13th Street, N.W.
Washington, DC 20005-3096
(202) 756-8000

Dated: December 13, 2006
175872.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Andre G. Bouchard, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801 | **VIA ELECTRONIC MAIL** |
| Robert T. Haslam, Esquire<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, CA  94025-3506 | **VIA ELECTRONIC MAIL** |
| Michael K. Plimack<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA  94104-6000 | **VIA ELECTRONIC MAIL** |
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899 | **VIA ELECTRONIC MAIL** |
| Kenneth R. Adamo, Esquire<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX  75201-1515 | **VIA ELECTRONIC MAIL** |
| Samuel J. Najim, Esquire<br>Jones Day<br>1420 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, GA  30309-3053 | **VIA ELECTRONIC MAIL** |
| Kevin G. McBride, Esquire<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA  90071-2300 | **VIA ELECTRONIC MAIL** |

| | |
|---|---|
| Sean J. Bellew, Esquire<br>Cozen O'Connor<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801 | <u>VIA ELECTRONIC MAIL</u> |
| Camille M. Miller, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | <u>VIA ELECTRONIC MAIL</u> |
| Karen E. Keller, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | <u>VIA ELECTRONIC MAIL</u> |
| Curtis E. Woods, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>4520 Main Street<br>Suite 1100<br>Kansas City, MO 64111-7700 | <u>VIA ELECTRONIC MAIL</u> |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899 | <u>VIA ELECTRONIC MAIL</u> |
| Daniel J. Thomasch, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103 | <u>VIA ELECTRONIC MAIL</u> |
| Collins J. Seitz, Jr., Esquire<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899 | <u>VIA ELECTRONIC MAIL</u> |
| Raphael V. Lupo, Esquire<br>McDermott Will & Emery LLP<br>600 13th Street, N.W., 12th Floor<br>Washington, DC 20005-3096 | <u>VIA ELECTRONIC MAIL</u> |

/s/ *Steven J. Balick*
_____
Steven J. Balick