

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**Collins J. Seitz, Jr.**
TEL      (302) 888-6278
FAX      (302) 255-4278
EMAIL    cseitz@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

December 22, 2006

**By Electronic Filing**

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

Re:   *Ronald A. Katz Technology Licensing, L.P. v.*
      *American International Group, Inc., et al.*
      C.A. No. 06-547 (GMS)

Dear Judge Sleet:

We write on behalf of CIGNA Corporation, CIGNA Health Corporation, CIGNA HealthCare of Delaware, Inc., Tel-Drug, Inc., and Tel-Drug of Pennsylvania, L.L.C. ("CIGNA Defendants") with respect to the pending motion to stay. The CIGNA Defendants do not join in the Motion to Stay, but consent to the relief sought.

If the Court has any questions, counsel are available to respond promptly to the Court's inquiry.

Respectfully,

*/s/ Collins J. Seitz, Jr.*

Collins J. Seitz, Jr.
(Bar No. 2237)

CJS,Jr./saj
cc:   Andre G. Bouchard, Esquire
      Steven J. Balick, Esquire
      David A. Felice, Esquire
      Richard L. Horwitz, Esquire
      Karen Elizabeth Keller, Esquire
      Philip A. Rovner, Esquire
      (all by electronic service)
      (511496)