IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 06-547 (GMS) |

## STIPULATION TO EXTEND TIME

SUBJECT TO THE APPROVAL OF THE COURT, in view of the intervening holiday period, plaintiff and defendants Aquila, Inc., Wilmington Trust Company, Wilmington Brokerage Services Company, DHL Holdings (USA) Inc., DHL Express (USA) Inc., and Sky Courier Inc., have agreed that plaintiff may have an additional two weeks to file its Answering Brief in Opposition to Defendants' Motions to Stay Pending Reexamination (D.I. 88, 89, 90) so that it will be due by January 17, 2007, and that defendants may have a corresponding extension of two weeks to file their Reply Brief, so that it will be due by February 7, 2007.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ John M. Seaman
Andre G. Bouchard (#2504)
John M. Seaman (#3868)
222 Delaware Ave., Suite 1400
Wilmington, DE 19801
302.573.3500
abouchard@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Danielle Gibbs (# 3698)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware
302.571.6600
dgibbs@ycst.com
kkeller@ycst.com

|  | Juliet A. Cox<br>Curtis E. Woods<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>4520 Main, Suite 1100<br>Kansas City, MO 64111<br>816.460.4200<br>jcox@sonnenschein.com<br>cwoods@sonnenschein.com<br><br>*Attorneys for Defendant Aquila, Inc.* |

POTTER ANDERSON & CORROON, LLP         COZEN O'CONNOR

/s/ David E. Moore                                              /s/ Sean Bellew
Richard L. Horwitz (#2246)                            Sean Bellew (#4072)
David E. Moore (#3983)                                 David A. Felice (#4090)
1313 N. Market St.                                            Chase Manhattan Centre
Hercules Plaza, 6th Floor                              1201 North Market St., Suite 1400
Wilmington, DE 19801                                   Wilmington, DE 19801
302.984.6000                                                     302.295.2000
rhorwitz@potteranderson.com                   sbellew@cozen.com
dmoore@potteranderson.com                   dfelice@cozen.com

Daniel J. Thomasch                                       Camille Miller
Alex V. Chachkes                                          Darryl W. Shorter
ORRICK HERRINGTON & SUTCLIFFE LLP     COZEN O'CONNOR
666 Fifth Avenue                                            1900 Market Street
New York, New York 10103                        Philadelphia, PA 19103
212.506.5000                                                    cmiller@cozen.com
dthomasch@orrick.com                             dshorter@cozen.com
achachkes@orrick.com

*Attorneys for Defendants*                          *Attorneys for Defendants*
*DHL Holdings (USA), Inc.,*                        *Wilmington Trust Co. and*
*DHL Express (USA), Inc. and*                  *Wilmington Brokerage Services Co.*
*Sky Courier, Inc.*

Dated: December 28, 2006


   SO ORDERED this ___ day of _____, 200__.


                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2006, I electronically filed the foregoing **Stipulation to Extend Time** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
provner@potteranderson.com

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Danielle Gibbs
Karen E. Keller
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
dgibbs@ycst.com
kkeller@ycst.com

Steven J. Balick
John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

Sean Bellew
David A. Felice
Cozen O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801
sbellew@cozen.com
dfelice@cozen.com

Juliet A. Cox
Curtis E. Woods
Sonnenschein Nath & Rosenthal LLP
4520 Main, Suite 1100
Kansas City, MO 64111
jcox@sonnenschein.com
cwoods@sonnenschein.com

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
cseitz@cblh.com

Camille Miller
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
cmiller@cozen.com

Daniel J. Thomasch
Alex V. Chachkes
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
dthomasch@orrick.com
achachkes@orrick.com

BOUCHARD MARGULES & FRIEDLANDER, P.A.

_/s/ John M. Seaman_
Andre G. Bouchard (# 2504)
John M. Seaman (# 3868)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel: (302) 573-3508
Fax: (302) 573-3501
E-mail: abouchard@bmf-law.com
E-mail: jseaman@bmf-law.com

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

{BMF-W0031966.}