## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2007, I electronically filed the foregoing:

1. **Plaintiff Ronald A. Katz Technology Licensing, L.P.'s Opposition to Wilmington Trust's Joinder in Aquila, Inc.'s Motion to Stay Action Pending the U.S. Patent and Trademark Office's Reexamination of Certain Claims in Certain Plaintiff's Patents**

2. **Plaintiff Ronald A. Katz Technology Licensing, L.P.'s Opposition to Defendant Aquila, Inc.'s Motion to Stay Action Pending the U.S. Patent and Trademark Office's Reexamination of Certain Claims in Certain Plaintiff's Patents**

3. **Plaintiff Ronald A. Katz Technology Licensing, L.P.'s Opposition to DHL Defendants' Joinder in Aquila, Inc.'s Motion to Stay Action Pending the U.S. Patent and Trademark Office's Reexamination of Certain Claims in Certain Plaintiff's Patents**

with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
provner@potteranderson.com

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

{BMF-W0038483.}

| | |
|---|---|
| Danielle Gibbs<br>Karen E. Keller<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>dgibbs@ycst.com<br>kkeller@ycst.com | Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com |
| Sean Bellew<br>David A. Felice<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market St., Suite 1400<br>Wilmington, DE 19801<br>sbellew@cozen.com<br>dfelice@cozen.com | Juliet A. Cox<br>Curtis E. Woods<br>Sonnenschein Nath & Rosenthal LLP<br>4520 Main, Suite 1100<br>Kansas City, MO 64111<br>jcox@sonnenschein.com<br>cwoods@sonnenschein.com |
| Collins J. Seitz, Jr.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>cseitz@cblh.com | Camille Miller<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>cmiller@cozen.com |
| Daniel J. Thomasch<br>Alex V. Chachkes<br>Orrick Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, New York 10103<br>dthomasch@orrick.com<br>achachkes@orrick.com | |

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ James G. McMillan, III
Andre G. Bouchard (# 2504)
John M. Seaman (# 3868)
James G. McMillan, III (#3979)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel: (302) 573-3508
Fax: (302) 573-3501
E-mail: abouchard@bmf-law.com
E-mail: jseaman@bmf-law.com

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

{BMF-W0038483.}