IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> AMERICAN INTERNATIONAL GROUP, INC., *et al.*, <br><br> Defendants | ) ) ) ) ) ) C.A. No. 06-547 (GMS) ) ) ) ) ) |

**DHL'S JOINDER IN DEFENDANT AQUILA, INC.'S REPLY BRIEF ON THE MOTION TO STAY ACTION PENDING THE U.S. PATENT AND TRADEMARK OFFICE'S REEXAMINATION OF PLAINTIFF'S PATENTS**

Defendants DHL Holdings (USA), Inc., DHL Express (USA) Inc., and Sky Courier, Inc. (collectively, "DHL") hereby join the Reply Brief in Support of the Motion To Stay Action Pending the U.S. Patent and Trademark Office's Reexamination of Plaintiff's Patent filed by defendant Aquila Inc. ("Aquila") on January 29, 2007 (D.I. 99).

                              Respectfully submitted,

                              POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Daniel J. Thomasch
Alex V. Chachkes
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Tel: (212) 506-5000
Fax: (212) 506-5151

Dated: February 6, 2007

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware  19899-0951
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants
DHL Holdings (USA), Inc.,
DHL Express (USA), Inc. and
Sky Courier, Inc.*

776335 / 30750

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 6, 2007, the attached document was hand delivered and electronically mailed to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Andre G. Bouchard
John M. Seaman
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 109801
abouchard@bmf-law.com
jseaman@bmf-law.com

I hereby certify that on February 6, 2007, I have sent by Electronically Mailed the foregoing document to the following:

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
cseitz@cblh.com

Danielle Gibbs
Karen E. Keller
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
kkeller@ycst.com
dgibbs@ycst.com

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
provner@potteranderson.com

Sean J. Bellew
David A. Felice
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
sbellew@cozen.com
deflice@cozen.com

/s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

752371 / 30750

2