IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 06-547 (GMS)<br>)<br>) Jury Trial Demanded<br>)<br>)<br>)<br>) |

### WILMINGTON TRUST COMPANY AND WILMINGTON BROKERAGE SERVICES COMPANY'S JOINDER IN AQUILA, INC.'S REPLY IN SUPPORT OF ITS MOTION TO STAY ACTION

Defendants Wilmington Trust Company and Wilmington Brokerage Services Company (collectively "Wilmington Trust") hereby join in the Reply Brief in Support of the Motion to Stay filed by defendant Aquila, Inc. ("Aquila") on January 29, 2007. For the reasons cited in Aquila's Reply Brief In Support of Its Motion to Stay Action, the Motion to Stay and the attached exhibits, Wilmington Trust respectfully requests that the Court stay this action in its entirety pending the completion of all reexamination proceedings by the United States Patent and Trademark Office involving plaintiff's United States patents that have been asserted in this action as well as other related, but unasserted patents. Specifically, this Court should stay this action in its entirety because: (1) plaintiff will not be prejudiced, much less unduly prejudiced by such a stay; (2) such a stay will simplify the proceedings as a result of the findings of the reexamination proceedings, and thus conserve this Court's and the parties' resources relating to the investigation, discovery, analysis, and construction related to patent claims which are likely

to be amended or even cancelled during reexamination; and (3) this action has not progressed past the initial pleading stage, discovery has not yet begun, and no trial date has been set.


Dated: February 7, 2007

*David A. Felice*
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
Chase Manhattan Centre
1201 Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: dfelice@cozen.com
*Attorneys for Defendants*
*Wilmington Trust Company and*
*Wilmington Brokerage Services Company*

OF COUNSEL:
Camille M. Miller
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on February 7, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing to the following counsel of record:

Andre G. Bouchard
John M. Seaman
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
*Attorneys for Plaintiff*

Steven J. Balick
John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Defendant, American International Group, Inc. affiliated defendants*

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for CIGNA Corporation affiliated defendants*

Karen E. Keller
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
*Attorneys for Defendant Aquila, Inc.*

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
*Attorneys for Defendant DHL Holdings (USA), Inc. affiliated defendants*

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
*Attorneys for Defendant National City Corporation affiliated defendants*

David A. Felice (#4090)
Cozen O'Connor
Chase Manhattan Centre
1201 Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: dfelice@cozen.com
*Attorneys for Defendants Wilmington Trust Company and Wilmington Brokerage Services Company*

WILMINGTON\49726\1  184985.000