# BOUCHARD MARGULES & FRIEDLANDER

A PROFESSIONAL CORPORATION

SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOHN M. SEAMAN
DOMINICK T. GATTUSO
JAMES G. McMILLAN, III
SEAN M. BRENNECKE

February 8, 2007

**_By E-Filing and Hand Delivery_**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Lock Box 19
Wilmington, Delaware 19801

     Re:    *Ronald A. Katz Tech. Licensing, L.P. v. American Int'l Group, Inc.,*
              Civil Action No. 06-547 (GMS)

Dear Judge Sleet:

     Briefing is now complete in connection with defendants' Motion to Stay Action Pending the U.S. Patent and Trademark Office's Reexamination of Plaintiff's Patents in the above matter. (D.I. 88). Pursuant to D. Del. LR 7.1.4, Plaintiff Ronald A. Katz Technology Licensing, L.P. hereby respectfully requests oral argument on this motion.

                    Respectfully submitted,

                    *John M. Seaman*

                    John M. Seaman (#3868)

cc:    Clerk of Court (by e-filing)
       All Counsel of Record (by e-filing and email)